Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

By: *Michael-Dewayne; Jackson: ELABI Sui juris, allodial, in full life* )
*Plaintiff* )
*(Write your full name. No more than one plaintiff may be named in* )
*a complaint.)* )
)
–v– )
)
)
)
)
)
)
)
*Kay Ivey; et al Respondent(s)* )
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all of the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names. Do not include addresses here. Your* )
*complaint may be brought in this court only if one or more of the* )
*named defendants is located within this district.)* )

2026 FEB 17 P 2: 22

U.S. DISTRICT COURT
N.D. OF ALABAMA

Case No. **5:26cv272-ACA-CmB**
*(to be filled in by the Clerk's Office)*

special, Private, Restricted

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $405.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $405.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

1

## I.     The Parties to this Complaint

### A.     The Plaintiff

Provide the information below for the plaintiff named in the complaint.

Name *Agent: Michael-Dewayne: Family Name Jackson: Moorish Attribute EL (AR)*

All other names by which
you have been known: *By: Michael Jackson-El authorized representative, sui juris, allodial, in full life*

ID Number [c/o ATS # 208687 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/417179648 CUSIP/ AUTOtris]

Current Institution c/o *Limestone Correctional Facility*

Address c/o *28779 Nick Davis Road, near,*

[c/o *Harvest* ]               *Alabama (Republic)*      [ c/o *35749* ]
                 City                    State            Zip Code

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed
below are identical to those contained in the above caption. For an individual defendant, include the
person's job or title *(if known)* and check whether you are bringing this complaint against them in their
individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name          " *See attached sheet(s) 1 through 59* "

Job or Title *(if known)*

Shield Number

Employer

Address

                 City                    State            Zip Code
☑ Individual Capacity      ☑ Official Capacity

Defendant No. 2

Name          " *See attached sheet(s) 1 through 60* "

Job or Title *(if known)*

Shield Number

Employer

Address

                 City                    State            Zip Code
☑ Individual Capacity      ☑ Official Capacity

2

Defendant No. 3

    Name                  *"See attached Sheet(s) 1 through 60"*

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

|        |        |          |
|--------|--------|----------|
| *City* | *State* | *Zip Code* |

☑ Individual Capacity    ☑ Official Capacity

Defendant No. 4

    Name                  *"See attached Sheets 1 through 60"*

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

|        |        |          |
|--------|--------|----------|
| *City* | *State* | *Zip Code* |

☑ Individual Capacity    ☑ Official Capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

    ☐   Federal officials (a *Bivens* claim)

    ☑   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Article VI of the United States Constitution of America Republic, Treaties of 1786, 1787 and 1836, Article III of the U.S.R. Const and the Bill of Rights*

C.   Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

*N/A*

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens,* explain how each defendant acted under color of federal law. Attach additional pages if needed.

"See attached Sheet(s) 1 through 60"

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply):*

☐   Pretrial Detainee

☐   Civilly committed detainee

☐   Immigration detainee

☑   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other
     *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

"See attached Sheet(s) 1 through 60"

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

"See attached Sheet(s) 1 through 60"

4

C.  What date and approximate time did the events giving rise to your claim(s) occur?

_____ "See attached Sheet(s) 1 through 60" _____

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

_____ "See attached Sheets 1 through 60" _____

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

_____ "See attached Sheet(s) 1 through 60" _____

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

_____ "See attached Sheet(s) 1 through 60" _____

5

VII.    **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑  Yes

☑  No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

" _See attached Sheet(s) 1 through 60 "_

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑  Yes

☐  No

☐  Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑  Yes

☐  No

☐  Do not know

If yes, which claim(s)?

_"See attached Sheets 1 through 60"_

6

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

    ☑ Yes

    ☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

    ☐ Yes

    ☐ No

E.  If you did file a grievance:

    1.  Where did you file the grievance?

           "See attached Sheet(s) 1 through 60"

    2.  What did you claim in your grievance?

           "See attached Sheets 1 through - 60"

    3.  What was the result, if any?

    4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

           "See attached Sheets 1 through 60"

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

_____"See attached Sheet(s) 1 through 60"_____

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____"See attached sheet(s) 1 through 60"_____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____"See attached Sheet(s) 1 through 60"_____

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐ Yes

☑ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

_____N/A_____

_____

_____

_____

_____

_____

8

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐  Yes

☑  No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s)   *N/A*

    Defendant(s)   *N/A*

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    *N/A*

3.  Docket or index number

    *N/A*

4.  Name of Judge assigned to your case

    *N/A*

5.  Approximate date of filing lawsuit

    *N/A*

6.  Is the case still pending?

    ☐  Yes

    ☑  No

If no, give the approximate date of disposition.   *N/A*

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*

    *N/A*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff    *By: Michael Dewayne: Jackson: El (AR) private Citizen sui juris, allodial, in full life*

Prison Identification #    *C/o Limestone Correctional Facility*

Prison Address    *C/o 28779 Nick Davis Road, near*

[C/o *Harvest* ]    *Alabama (Republic)* [C/o *35749* ]
City    State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *2-16-26*
(Date)

*By: Michael Dewayne: Jackson: El (AR) Sui Juris, allodial, in full life*
Signature of Plaintiff    *Agent/beneficial owner/ grantee For JACKSON*
*MICHAEL DEWAYNE Endorsed, we the Moorish,*
*American People of United States of America*
*Republic without Prejudice UCC1-207/308*
*Private Citizen / European(s) of United States of*
*America Republic, et al Nationalities*

10

# UNITED STATES dISTRICT COURT FOR THE NORTHERN dISTRICT OF ALABAMA

To: S. Williams dba Deputy Clerk / Accountant / Trustee

Address: Hugo L. Black United States Court House
1729 5th AVENUE NORTH
Birmingham, Alabama (Republic) [35203-2037]

From: Michael-Dewayne : Jackson : ® © EL (AR) Sui juris
DBA JACKSON, MICHAEL DEWAYNE indorsed by
grantee / Agent / beneficial owner, allodial for
DEBTOR / DEFENDANT of CC-19-992.00, 992.61,
Claimant... et al Claimant(s)

Address: [C/o Limestone Correctional Facility
28779 Nick Davis Road near, Harvest
Alabama (Republic) [35749]]

## RE: NOTICE AND DEMAND FOR THE PROPER HEADING

Special, private and restricted

NOTICE TO PRINCIPAL IS NOTICE TO AGENT /
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

Dear: S. Williams dba Deputy Clerk / Accountant / Trustee; et al Deputy Clerk /
Accountant / Trustee, I / We are DEMANDING Performance
To wit:
A SHOW CAUSE that I / we can not Proceed under the proper
Letter Heading to be Filed in this Article III "district Court of
the United States" as opposed to USDC, as the USDC is merely
a Territorial Court which does not belong inside the States. Same Building Same
Address but different Court(s)

Conditional Acceptance For value — 1

· I / We ARE DECLARING THE PROPER HEADING, BY DEMAND, with the little d for district
· NOT EXECUTIVE EQUITY

Show Cause that I am not a private Citizen, and that you are treating me /et al Claimant(s) under Section 1 of the 14th Amendment of the United States Constitution or are you treating me / Claimant(s) under the TWEA 1917 and the EBRA 1933 ( Trading With The Enemy Act and Emergency Banking Relief Act )

I, Michael-Dewayne: Family name Jackson®, Moorish Attribute EL© authorized Representative, Flesh being beneficial owner / grantee / settlor / settler, in full life Aboriginal / Indigenous - Moor / Moorish American National private Sovereign American Citizen, sui juris, allodial, as the Cestui que of the NAME TRUST, as the Third Party Intervener For: JACKSON, MICHAEL DEWAYNE (public) / ENS LEGIS / DEBTOR / DEFENDENT

· Show Cause that I / we Cannot Proceed under Special Appearance, Amicus Curiae, in forcing exclusive equity in possession of equitable Title by Nature as the Holder-In -Due-Course / Land owner

I have already addressed these Merit(s), the Trust was formed by mutual agreement, by appointment, by remainder, by non-disclaimer, by delivery, transfer, Conveyance, and assignment, To the Said Trustee(s) to wit:
· Cassandra " Sam " Johnson dba Etowah County's Circuit Clerk / Accountant, it was addressed to her and the Judge was the Witness: William B. OGLE TREE.
· Now it is Addressed to you and any presiding Judge is the Witness in Chancery
· excluding the Media, and the Public, and
· the interest in the private owns the entire Case, and has extinguished the debts of the defendant / defendant(s) in this Matter, and the only way that Can not happen is if another person - Man /or Woman, has a Superior, prior or equal to the Title / Case / Case(s) and they must in the Next Seven days, State So on the Face of the Record, "Under penalty and perjury. Otherwise, the interest in the private holds unfettered, as Perfected Title / Title(s) of any and all Case(s) CC-19-992.00, 992.61. By Criminal Courts of Appeal of the State of Alabama, and the Judge is the Witness, and theres no Claim higher then ALLAH any Claim would be perjury under Show Cause.

- If all is agreed upon within this Complaint / Commercial Affidavit and Notice of Demand, this legal Matter shall be annihilated and the injures and damages Sought

- Show Cause that these Charges were not prepaid and incarceration was not Kidnapping, Unlawful Imprisonment, attempted murder, Rico / or Hobb Act, Fraud, Embezzlement, etc.

- Show Cause that the Judge(s) / Administrator(s) has not been released from their duties and obligations as they relate to the public citizen / enemy combatant belligerents of War power Act / TWEA 1917, they have been indemnified

(a) He is released

(b) The Treasury Agent Identified and Articulated the Step(s) to pay the Charge(s) at the Court:

(1) Step(1) is extinguish the bond(s)

(2) Step(2) Issuing Treasury Notes to the Federal Reserve in exchange for a Bill of Exchange To take to the Court

(3) The Treasury agent is acting as the Fiduciary Trustee to a private Citizen, they have this duty, because the Trust is already in place.

- Show Cause that it is not, and

- That the Claimant / Claimant(s) has not perfected the deed, to the CASE Associated as CC-19-000992.00, CR-19-000992.61, et al 9648; et al their own Case(s).

- I have perfected the deed to the Case / Case(s) to acquire the entire accounting, conduct, and variance, and I convey my interest to extinguish the bonds; therefore the Treasury agent has to go cut the BOE.

- The President has "Legal Title By Characteristics"

- I Possess Equitable Title By Nature, being the grantee / grantor / settlor / settlor / private Citizen having Complete Title (enforcing the Constitution's grantor trust), I grant powers to the government for my own benefit, as beneficiary, for benefit of the posterity which is both a granting trust and resulting trust...

Special deposit of
JACKSON, MICHAEL DEWAYNE
in return, use, enjoyment and other
benefit, use, enjoyment, and other
equitable relief I am entitled to
For 4112 1746.08 / CC-19-992.00 / CR-
19-992.61

ACCEPTED FOR VALUE - EXEMPT FROM LEVY
I, the Undersigned, Accept for value all related Endorsements,
front and back in accordance with Uniform Commercial Code 3-419,
X-1-104, 3-419, 10-104 and House Joint Resolution 192, June
5, 1933, for my Remedy, Release of the Proceeds, Products,
Accounts and Fixtures to Me immediately
in the Accordance with the Public Policy HJR-192,
UCC 10-104 and UCC 1-104, et al 4/12 1746.08 / 4/17-17
9648 / MICHAEL DEWAYNE JACKSON

28 U.S.C., 1746(1)

By: Michael-Dewayne : Jackson El (AR)
dba JACKSON, MICHAEL DEWAYNE
Sui juris, allodial, Aboriginal /
Indigenous We the Moorish American
People of United States of America
Republic / Moroccan Empire of
Amexem / Maghrib and the
European people of United States
of America Republic
Without prejudice UCC 1-207/308

CC: Personal File
File Holder of Secured Party
Court Clerk

ATTACHED SHEET

In the United States district Court
For the Northern district of Alabama
We The Moorish American People Of The United States of America
Republic
&
The European People Of the United States of America Republic, et al

Michael-Dewayne: Jackson:EL(AR), sui juris, et al
beneficial owner, grantee/Agent For JACKSON,
MICHAEL DEWAYNE/DEBTOR/DEFENDANT, being
Claimant/Complainant/Third Party Intervener

V.

Special, Private, Restricted
Exclusive Equity
Case No. _____

Donald J. Trump dba President/Head Trustee
Janet Yellin dba Secretary Of the Treasury/Accountant of United States
Kay Ivey dba Governor/Executor, Head of State For the State Of Alabama
Steven T. Marshall dba Attorney General For the State of Alabama
Wes Allen dba Secretary of State/Record Holder of the For Alabama
Boozer. Young dba Secretary of Treasury of Alabama
Morgan. Cunningham dba Attorney/Standby Counsel For Etowah County
William B. Ogletree dba Administrator/Chancery for Etowah County Circuit
George C. Day, Jr dba Administrator/Chancery For Etowah County District
Willis H. Clay dba Administrator/Chancery For Etowah County
Douglas H. Scofield dba Criminal Court Of Appeal Attorney
Cassandra "Sam." Johnson dba Circuit Clerk/Accountant for Etowah County
John J. Davis dba Assistant Attorney General For the State of Alabama
D. Scott. Mitchell dba Criminal Court of Appeal Clerk/Accountant For the State
Of Alabama Republic; Loren J. Sciurba; Grace Graham; Holly Paz; Sean Duffy; Daniel Werfel;
Kaschit Pandya...

1.

Conditional Acceptance For Value

Joseph M. Willoughby dba District Attorney For Etowah County

Mary B. Windom dba Presiding Administrator / Judge For Alabama

Criminal Court Of Appeal, Scott Bessent new secretary of Treasury, Jerome Powell,

Denise Gandy. Welch dba District Attorney For Etowah County

Jonathon W. Horton dba Sheriff For Etowah County Police department

Mark. Bullock dba Investigator / Witness; Mark A. Barnett; Howard lutnick,

John Q. Hamm dba Prison Commissioner For the State of Alabama Republic

Mitchell. Phillip dba Warden III LCF For the State of Alabama Republic

William Streeter dba Warden II LCF For the State of Alabama Republic

Denice Mckenzie dba Warden I LCF For the State of Alabama Republic

Bobby Junkius, Scott w Hassell    Probate Judge / Administrator of Etowah County

OF Alabama Republic / For Public Record, Joey Statum, Johny Grant, Jamie Grant,

Tim Ramsey, Commissioners of Etowah, Lamar Jaggears, Meshonda Steward,

Byram Hammonds, Scott Eutrekin, Jonathan Alred Gadsden Police Staff;

Craig Ford Mayor of Etowah County; Carol Griffith; Christa Mccord;

Marcus Reid, Etowah County D.A., Jonathon Spann, Brynn Crain, Sonny steen

Administrators For Etowah County, Mike Jones, Clay Helms, Secretary Build

of the State of Alabama; Frank bisigano; John koshinen; Gary Gensler; Paul S. Atkins

· Human Right(s) / Property Right(s) Can not be Equivocal To Paper Terrorism / Terrorist - Show Cause That Would Not Be A Constitution Infringement To Enforce A Crime To Such Rights, Privileges, And Immunities

· If The State Coverts a Liberty into a Privilege, the Citizen Can Engage in the Right With "IMPUNITY." Shuttlesworth v. Birmingham, 373 US 262

· Furthermore the President / Commander and chief / Head Trustee is not cut suit, but to ensure the performance of the Trustee(s) and Beneficiary relationship - Show Cause - This is not the requirement of the Fiduciary duty.

· When acting to enforce a Statute and its Subsequent amendments to the present date, the judge of the municipal Court is acting as an administrative officer and not in a judicial Capacity; Courts in administering or enforcing statutes do not act judicially, but merely ministerially Thompson v. Smilla, 154 SE 583.

" Ministerial officers are incompetent to receive grants of judicial power From the Legislature, their acts in attempting to exercise Such powers are necessarily nullities." Burns V. Sup., Ct., SF, 140 Cal. 1.

Conditional Acceptance For Value                    2.

NOTICE TO PRINCIPAL IS NOTICE TO AGENT
&
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

## I. COMPLAINT

Claimant/Complainant: Michael-Dewayne: family name JACKSON:EL ®©
Authorized Representative, Sui juris, private Citizen/beneficial owner/.
Agent for JACKSON, MICHAEL DEWAYNE (Public) indorsed by grantee, et al
For the Complaint Stated as Follows:

## II. Parties, Jurisdiction and Venue

1. Claimant/Complainant: Michael-Dewayne: Jackson:EL(AR)®©, sui juris et al.
Moorish Natural being, Was confined in Etowah County Jail Detention Center, Located
In Etowah, Alabama 35901, Gadsden, From January 19, 2019 From
December at or around 31st of 2021

2. Claimant/Complainant: Michael-Dewayne: Jackson:EL®©, sui juris, et al
Moor(s), Mexican(s), European(s), etc. is and Was at all times mentioned herein,
an adult Citizen of the united States and a near the res-ident of the
State of Alabama (Republic) being of Moorish/Moor decent/descendant
being part & partial of this said government

3. Defendant Donald John. Trump dba President of the united States of
America. Republic. He is the Commanding Head Trustee, for the Claimant/
Complainant, is at all times relevant.

3.

Conditional **Acceptance** For Value

4. Defendant Janet Yellin dba Secretary of the Treasury / Accountant, For the Claimant(s) / Complainant(s), is at all times relevant to discharge their office under public trust, et al He/she is the Treasury of the United States of America Republic.

5. Defendant Kay. Ivey dba Governor/Executor Head of the State of Alabama Republic is at all times relevant as a public Servant to all Claimant(s)

6. Defendant Steven T. Marshall dba Attorney General For the State of Alabama Republic, He is at all times relevant to discharge his office under Oath as fiduciary trustee to all Claimant(s)

7. Defendant John Q. Hamm dba the Prison Commissioner For the Alabama Department of Correction(s). He is the Commissioner For the State of Alabama Republic as a Servant under public trust, to all Claimant(s)

8. Mitchell. Phillip dba Warden III For Limestone Correctional Facility, For the State of Alabama Republic, is at all times relevant under Oath as a Public Servant, to all Claimant(s)

9. Defendant William. Streeter Warden II. OF Limestone Correctional Facility For the State of Alabama Republic, is at all times relevant under Oath as a Public Servant, to all Claimant(s)

10. Defendant Denice. Mckenzie Warden I. of Limestone Correctional Facility For the State of Alabama Republic, is at all times relevant under Oath as a Public Servant, to all Claimant(s)

11. Defendant James. Williams dba Chaplain/ Administrator of Estate OF Limestone Correctional Facility For the State of Alabama Republic, is at all times relevant under Oath as a Public Servant of Public Trust For all Claimant(s).

4.

Conditional Acceptance For Value

12. Scott W. Hassell; Bobby Jinkins dba Probate Administrator/Record Keeper For the County of Etowah, For the State of Alabama Republic, is at all times relevent under Oath as a public servant of the Public Trust For this Claimant

13. Defendant Boozer Young dba Secretary of Treasury, For the State of Alabama Republic, is at all times relevant under Oath as a public servant to discharge his office under Public trust; et al Respondent(s)

## RE: STATEMENT OF CLAIM

14. NOTICE & DEMAND OF HUMAN RIGHT(S) VIOLATION(S) OF COLORABLE PROCESSES/DENATIONALIZATION/INTERNATIONAL LAW VIOLATION(S) OF HUMAN RIGHT(S) UNDER, CRUEL AND UNUSUAL TREATMENT OF THE EIGHT AMENDMENT CONCERNING UNLAWFUL DETAINER(S) UNDER WAR POWER SERVICE(S)/TRADING WITH THE ENEMY ACT 1917 & THE EMERGENCY BANKING RELIEF ACT 1933, BY SPECIAL APPEARANCE(S) & AMICUS CURIAE(S) FOR THIS CONDITIONAL ACCEPTANCE(S) FOR VALUE (CAFV)-PRIVATE INDEPENDENT ADMINISTRATIVE PROCEE(S)-ARTICLE 1 REDRESSES OF GRIEVANCE(S) UNDER THE NINETH AMENDMENT RESERVATION FOR THE RESOLUTION AND EQUITABLE SETTLEMENT(S) UNDER NECESSITY IN THE NATURE OF REQUEST FOR SHOW CAUSE/PROOF OF CLAIM/DISCOVERY (See Enclosed Commercial Affidavit).

Case/CUSIP/AUTOtris/Associated Number: 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/417179648/ CC-19-000992.00; CR-19-992.61 (Herein after CAN).

By Special appearance(s) and amicus curiae(s) For this Conditional Acceptance For value (CAFV)-Private Independent Administrative Procee(s)-see: en closed Affidavit). Case(s)/CUSIP/AUTOtris/Associated: Number CC-19-000992.00; 000992.61; et al 9648 Account(s)/417179648/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/JACKSON, MICHAEL DEWAYNE/AIS# 205687 (Herein after CAN). Any and All derivative(s), are Declared as my property, I am the Holder-in-Due Course and do not Trespass on my Property, Properties, Show Cause that I am not, any one Claiming to have an interest must show on the record under the Penalty of Perjury within Seven days if not my Claim holds unfettered and this is my proof of Authentication, because I say so and the Judge is the witness/President

Conditional Acceptance For value        5.

15. WE ARE BEFORE THIS COURT BY SPECIAL VISIT WITHOUT WAIVING ANY RIGHT(S), REMEDIE(S), OR DEFENSE(S), STATUTORY OR PROCEDURE(S).

## STATEMENT OF FACTS

16. Dear Donald J. Trump dba President/Head Trustee; Janet Yellin dba United States of America Republic Treasury; Kay. Ivey dba Governor of the State of Alabama Republic; Steven T. Marshall dba Attorney General, et al Head of the ABA (American Bar Association)/ (American Bankers Association) and et al Respondent(s)., I/We are in receipt of the judgment(s)/presentment(s) offer imposed under CAN and We agree to abide by the Stipulations thereof upon your providing SHOW CAUSE/PROOF OF CLAIM in the Nature of Discovery (evidence), exhausting our private administrative remedies from respondent(s) office

17. Therefore I/we are seeking by Show Cause/proof of Claim order in regards to CAN, and/or that the Charging instrument(s) the STATE OF ALABAMA REPUBLIC BAR ASSOCIATION actors/agents who handled CAN and or others within the same venue of this Action/office and/or the STATE OF ALABAMA REPUBLIC/ AMERICAN BAR ASSOCIATION/ and et al Trustee(s) at the time of CAN was Processed/Prosecuted, did not Commit Constitutional impermissible application of the Statute(s), Law(s), Code(s), Regulation(s) or the like, in the Matter, of Misprision of Treason (See Affidavit of Michael-Dewayne: Jackson:El (AR) i.e., Exhibit "B" and "C").

6.

18. Therefore, Respondent(s): Donald J. Trump President; Janet Yellin Secretary of Treasury of united State(s) of America Republic; Steven T. Marshall Attorney General; Wes Allen Secretary of State of Alabama; Boozer. Young Secretary of the State of Alabama; Kay-Ivey Governor; John J. Davis Assistant Attorney General; Morgan. Cunningham Standby Counsel / Attorney; Douglas H. Scofield Attorney for Criminal Court of Appeals; Cassandra "Sam" Johnson Clerk/Accountant; D. Scott. Mitchell, Clerk/Accountant William B. Ogletree Administrator/Judge; George C. Day, Jr Administrator/Judge; Willis H. Clay Administrator/Judge; Mary B. Windom Administrator Criminal Court of Appeals; Denise Gandy Welch district Attorney; Joseph M. Willoughby District Attorney; Jonathon W. Morton Sheriff; Mark. Bullock investigator/ Eye witness et al respondent(s), all State and local official(s) of the STATE OF ALABAMA REPUBLIC/BAR (ABA), and private land owner(s) that are being held under accessary to the kidnapping and holding the Innocent Claimant's for ransom(s) under the Color of law(s)-Title 18, Part 1, chapter 13 Section 242 of united States Code of law. Being unlawfully detained under Conspired acts, Statutes, and Codes (Title 18, Part 1, Chapter 13 Section 241 of United States Code of Law. We are bring these matters to all respondent(s) in their official Capacities as STATE OF ALABAMA REPUBLICS/COUNTY/CIRCUIT COURT Official(s)/ Government Official(s). We also Demand a True and Current Copy of all oaths of Office, Sureties, Performance Bond(s) and/or Blank Bond(s) with the Name and Address of the Insurer(s) the Bond Number(s), Public and Private Pledges or other wise to imdemnify as to any injuries and Violation(s) against the Secured right(s), Title(s) or Interest(s) of any and all under-signed(s).

3) We wish to resolve this matter as soon as possible, however, we can only do so Conditioned upon your providing the following SHOW CAUSE ORDER/ PROOF OF CLAIM as set out to wit:

Conditional Acceptance for value                    7.

19. Show Cause / Proof of Claim For being overly charged For expensive Criminal Prices and over expensive Prices for generic name brands and unlawful Charges For Money according to the use of Non-United States dollar sign - the body of the Claimant(s) are being unlawfully detained and taxed " under Mexican or Hong Kong not "$", but the "Mexican Peso dollar" $" and the Peso Penny $ on Securus/I C Solution Tablet(s)/Store Receipt(s)/ Fine(s)/Restitution/and Bill(s) and the like. Show Cause that the American Money Symbol is not the Symbol with two lines through the S Which is the U on top of the S≠ $

(a) Show Cause that the ISO4217-USO4217 is international Standard For Currency Codes-the most recent edition is ISO4217: 2008 the US dollar is represented as USD - the US Coming From the ISO3166 Country Code and the D For dollar. That the definition of a dollar and the definition of Currency Symbol is a Peso, and that the Note was issued in lawful money. The definition of lawful Money is " U.S. $", not USD.

1) Therefore all respondent(s) must Show Cause how the Credit Sales in a Peso Extinguishes a debt in lawful money, while being Non-lawful money, and how did the United States of American (Union States Rights Republic) "USA"/The State of Alabama determine what was lawful money in our Transactions

a) Show Cause that the united States dollar bill/ Two dollar bill is not backed by lawful TENDER/or Peso penny $100,000.00 /$100,000.00 or Peso dollar For Felony Charges/Taxes or $250,000.00 /$250,000. 00 /or Misdemeanor Charges

1) Show Cause that the rest of the Currency From the Five Dollar Bill to the Maximum amount of Bills is not Considered as Fiat money.

a) Fiat is Money that is not backed by Gold & Silver Tender/coin

8.

(b) Show Cause that every Case is not a Mortgage Note? If the Number is in parenthesis and it has the letters "U.S." and then the Squiggly dollar symbol, and then it has the Number, and underneath, the amount is written out in Words just like the presentment of a Check

1) Restitution, fines, Court Costs, or any Form of Taxation / Charges are all unlawful debts without any lawful Claims of property or Tender for payments/ House Joint Resolution 192/ Article I, § 10, Cl. 1: Gold and Silver Coin - Full Faith and Credit - according to Public Policy / Public Trust

(C) Show Cause that Relief of Recoupment to all Claimant(s) is not due to over Charged price(s) & Price Guiling for Food, Health, Charge(s) / Taxation .etc,

1) Show Cause that the Majority / Competent inmates held UD, ( UNLAWFULLY DETAINED) has not over paid the expense(s) of $100,000.00 to $150,000.00 in peso dollars, Compared to ISO 4217 - USO 4217/ LAWFUL TENDER / HOUSE JOINT RESOLUTION 192 / FULL FAITH AND CREDIT / UNITED STATES CURRENCY

20. Show Cause / Proof of Claim: that ALL CRIMES ARE NOT COMMERCIAL INFRACTION(S)

(a) Court Actions are Commercial as Stated in part, Within Section 72.11 of Title 27 of the Code of Federal Regulation(s) (CFR)

(b) That every Judge and Prosecutor, acting on behalf of the STATE OF ALABAMA and the United States Federal Government, did not know that What they were doing under CAN, Was Beyond the Scope of their Corporate Charter, and they did not have the Authority to violate the Good Faith, Commercial law, Contract law, and Securities law, in binding all undersigned(s) to an undischargeable Contract to incarcerate all Claimant(s) or our right(s)

Conditional Acceptance For value        9.

(C) Show Cause / Proof of Claim: that these (11) Violations are not Substantial under 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386 Violations E $250,000.00 per violation).

21) A Contract made by a Corporation beyond the Scope of its Corporate power is unlawful and Void. MCCORMICK v. MARKET NATIONAL BANK, 165 U.S. 538.

22) Show Cause / Proof of Claim: that every Court that adjudicated these Cases under CAN was a "Court OF CONSTITUTIONAL DUE PROCESS" and not an "ADMINISTRATIVE TRIBUNAL" administering the National Bankruptcy per each Case, which are additional Violations relating to the Same 18 U.S.C. inside the above issue in Section (C), of 11 violations @ $250,000.00 per violation).

23) ALL CRIMINAL CHARGES ARE NON-PUNISHABLE INFRACTIONS
(a) Show Cause that they are not

24) Show Cause / Proof of Claim: that the BAR ASSOCIATION is not a British Organization and/or a Controlled Association, that is an offshoot of the London Lawyers Guild, thus a Foreign Principal would be controlling all courts and Government Agencies Assoiated therewith, as well as ALL JUDGES, ATTORNEYS, AGENTS, OFFICERS, and the like thereof.

(a) ALL Judges and Prosecutors as well as ALL Members of the BAR, have not Forfeited their United States Citizenship by becoming a member of the BAR, in accordance with automatic operation of Law, under Self-Executing Provision of the 13th Article of the Organic Constitution for the United States of America (1787), as well as duly proposed at the Second Session of the 11th Congress and Ratified in 1820. (see: U.S.C.A. TITLE 22 §§ 611-619; RABINOWITZ v. KENNEDY, 376 U.S. 605, 84 S. CT. (1964); U.S.C.A. TITLE 18 §§ 219 & 951; M.C.L.

750.218 § 1(b)(c) and 4(a), AMONG OTHER REFERENCES TO FOREIGN REGISTRATION STATEMENTS HAVING TO BE FILED WITH THE Secretary of State, IN ORDER TO BE IN THIS COUNTRY, REPRESENTING A FOREIGN PRINCIPAL OR POWER).

(b) Violation(s) of 18 U.S.C., Sec 241, 242, 1001(A), 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386; (12) Violations @ $250,000.00 per Violation)., and

(c) all inmates to be released from unlawful Confinement

25. Show Cause that every Circuit Court of the State of Alabama has not TREATED any and all claimants under War Power Services

(a) TRADING WITH THE ENEMY ACT, 65TH CONGRESS, SESSION 1, CHAPTER 105 & 106, OCTOBER 6, 1917, and

(b) AS CODIFIED AT 12 U.S.C.A. 95(a); THE 1950 BANKRUPTCY DECLARATION AND REORGANIZATION PLAN NUMBER: 26.5 U.S.C.A. 903, Public Law 94-564, AND THE LEGISLATIVE HISTORY THEREOF AT PAGE 5967 STATING, IN PART THAT THE SECRETARY OF THE TREASURY WAS APPOINTED AS THE RECEIVER IN THE BANKRUPTCY").

(C) Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, and 1951; Title 42 U.S.C., Sec. 1986; (6) Violations @ $250,000.00 per Violation).

(d) Show Cause/Proof of Claim: that the United States are not Insolvent and Dissolved of all Authority and official Capacity, Acting In Name Only, due to the Contrived National Bankruptcy, also known as National Emergencies and Reorganizations. (See: CONGRESSIONAL RECORD VOLUME 33, 1933 CHAPTER 11 REORGANIZATIONS OF THE UNITED STATES; 26 I.R.C. 165(g)(1); WESTFALL V. BRADLEY 10 OHIO 188; ADAMS V. RICHARDSON, 337 S.W.2D. 911; AND WARD V. SMITH, 7 WALL 447, among OTHER REFERENCES).

(e) 4 Additional Violations of 18 U.S.C., Sec 241, 242, 1001, and 1621; (4) Violations @ $250,000.00 per Violation).

26. Show Cause: that ACCESS CORRECTIONS/KEEFE COM. NET LLC, has the right to take money from Charity, and Hospital Fees Suppose to be Free, because we are held under Custody and Care of the State of Alabama

(a) IS NOT MONEY GIVEN FROM FAMILY CONSIDERED AS CHARITY. Which is Considered in the Form of a donation, which are one of the Same.

(1) Show Cause that it is lawful to take or tax any inmates gift/ donation(s) From Family/Friends, and

(2) Show Cause that each Claimant can be denied Access To The Court(s) do to unlawful charges to any Claimant, by law of Right to Redress the Government Under the Nineth Amendment & Reservation For the Resolution and Equitable Settlement under The Nature of Demand For Show Cause Order/Proof of Claim/Discovery

(See Affidavit of Michael-Dewayne: Jackson: EL (A?) (Exhibit A)

(a) Money Donations Shall not be taken From any Claimant to File, legal rights are denial of Constitutional Patents, that cannot be infringed.

(b) according to Criminal Cases Amendment 7 States that the Value in Controversy Shall exceed twenty dollars, backed by Amendment Nine of the U.S. Republic. Constitution, that the Constitution cannot be/ Shall not be Construed to deny or disparaged others retained by the People

(C) Show Cause that Moors, Mexicans, Europeans, etc. Americans are not "We the People"

(1) "No private person has the right to complain by Suit in Court on the grounds of a breach of the Constitution. The Constitution it is true, is a Compact, but he is not a party to it. The States are party to it."

Conditional Acceptance For Value                    12.

(See: PADDLEFORD FAY & CO.   v.  THE MAYOR AND ALDERMAN, CITY OF SAVANNAH, 14TH GA, 438, 520, 211 U.S. 78 (1854)"

(a) Show Cause/Proof of Claim: that the Undersigned(s) is "NAMED THEREIN", any Statute(s), Law(s), Code(s) and the like. (See: THE PEOPLE v. HERKIMER, GENTLEMEN, ONE, AND COMPANY, 4 COWEN 345, 1825 N.Y. LEXIS 80). (Violation of 18 of U.S.C., Sec. 241, 242, 1001, and 1621; (4) Violations @ $250,000.00 per Violation).

(b) Show Cause/Proof of Claim: that the United States and the Federal Statutes, Laws, Codes, and the like, operate upon the Undersigned(s). (Violation of Title 18 of U.S.C., Sec. 1001 (1) Violation @ $250,000.00).

(c) Show Cause/Proof of Claim: OF the "LIABILTY" of the Undersigned(s) to the Statutes, Laws, Codes, and the like of the Federal Government of the United States. Violation of 18 of U.S.C., Sec. 241, 242, and 1001; (3) Violations @ $250,000.00 per Violation).

(d) Show Cause/Proof of Claim: that the Undersigned(s) is a "PARTY" TO: Named therein and/or is a Signatory to any valid/Lawful Contracts and/or Agreements, duly Notarized along with a copy of the Notary log to the Federal Government and/or any of the Sub-Agencies/Corporations, i.e., the STATE OF ALABAMA, or your agency (violation of 18 of U.S.C., Sec. 1001; (1) Violation @ $250,000.00).

27) Show Cause: that the United States/The STATE OF ALABAMA had the right to denationalize any and all Citizen(s) Without Knowledge by Making them 14th and 15th Amendment of the U.S.R. Const., under trickery and deceit (Naturalization Act/Statutory Patent Rights under Adhesive Contract(s) to seize the Liberties of We the people by the Birth Certificate/Social Security Card/Straw Man application(s)/ Recorded by all Record Keeper(s) Secretary of the State of Alabama Republic/ Etowah County Probate/placing all Claimant(s) under Probate law.

(a) Show Cause: that Negro, Black, Colored, African~American, Latino and White for Europeans are not Misnomer(s)

(b) Show Cause: That a Corporation Such as the United States, Can attain Parity with a Moorish American National, Mexican American, or any European National of the United States of America Republic.

(c) Show Cause: that Negroes, Black People, Colored Folks, African~American, Ethiopian were not given to Slaves by Slave holders in 1779 and lasted until the time ending during 1865 according to the time of Slavery and White the phrase "White people" has more to do with the Social power "Caste System" then it does (as unsuspecting people think of Skin Complexion).

(1) The White People (Social Rank phrase was Officially adopted by the Whiggamore Party in Philadelphia, Pennsylvania, and was Fervently Propagated for popular acceptance during the Year 1854 to 1863 A.D.).

(2) Show Cause that Free White Person doesn't apply to any Moorish/Muur/ Moor Claimant.

(a) Free White Persons does not mean Caucasian race (See: Ex parte Shahid, D.C. Or., 6 F.2d 919, 921; Ex parte Dow, D.C.S.C., 211 F. 486, 487; In re En Sk Song, D.C. Cal., 271 F.23 (Show Cause that White is not a Status and that it applies to the European(s) operating under the Color of law/Color of Title/ Color of Authority/Usurpation of False Status(s)

(See: Affidavit of Michael-Dewayne: Jackson: EL ℗ ℗ Exhibit(s) B, C, and E)

(b) Show Cause that there is a FLAG and LAND, that described the existence for Such Misnomer(s)

(1) Show Cause that the United States of America FLAG is not a Banner for a Christian Non-Profitable Organization i.e. Mc Donald's, Wendy's, and Burger King. Etc.

(2) By Law, a FLAG Represent(s) the People and Land, which is the Enforcement of Nationality/National Descendence of their Nation i.e. the Moroccan Flag for the Moorish Descendent(s) born in America according to the House of Representatives No. 75: Granting each Moor/ Moorish/Daul Citizenship

Conditional Acceptance For value

(3) Maxim: Res judicata Facit ex albo nigrum; ex nigro, album; ex Curvo, rectum; ex recto, Curvum: A thing adjudged { the Solemn judgment of a Court } Makes White, Black; Black, White; the Crooked Straight, the Straight, Crooked (Show Cause that this is not Identity Theft of the True Aboriginal / Indigenous Moor(s) that are the First Granter/Grantee/Settler(s) / Settlors of This Land Misclassified as Indian(s).).

(4) Show Cause that in order to be a Indian, you have to be from India, according to Geographical Lands and their people, that take on the Names of their Land.

(5) Maxim: Migrans jura amittat ac privilegia et immunitates domicilii prioris: One Who emigrates Will lose the rights, privileges and immunities of his Former Domicile (Show Cause that this does not apply to Any and All European Claiming to be a Government Official, while be in Fact de Facto and Non-de jure,

(a) Show Cause that We the Moorish American National people are not part and partial and under Contract being in Conjunction by all Prison(s) in America granting each Moorish Claimant part and partial Control under our Authority under Our Charter/and Our Authority. "To Us"
(See: Affidavit of Michael-Dewayne: Jackson: ℰ𝓁 (AR) Exhibit J)

(6) Show Cause: that Maxims are not the Foundation of the law.

28) "There" every man is independent of all laws except those prescribed by nature. He is not bound by any institutions Formed by his Fellow man Without his Consent." CRUDEN v. NEAL, 2 N.C. 338, 2 S.E. 70 (1796).

(a) Show Cause/Proof of Claim: that "WE THE PEOPLE" as cited in the Constitution of the United States, as well as cited in the enactment Clause

15.

Conditional Acceptance For Value

of the Statutes, Laws, Codes, and the like referring to the We the People of United States of America Republic (Violation of 18 of U.S.C., Sec. 1001; Title 42 of U.S.C., Sec. 1986, (2) Violations @ $250,000.00 per violation).

(b) Show Cause that all Crimes imposed are not COLOR of law (1) 18 U.S.C. §242; 18 U.S.C. §245; and, any and all Respondents are not under personam jurisdiction of this 42 U.S.C. §1983 having waived any and all right(s) and are hereby Subjected to the claimant / Claimant(s)

(a) According to the Declaration of Independence all men are Created equal: Therefore the Rights of the People Come from ALLAH excluding G.O.D (Government Ordiance Department) and the Power of the Government Come from the People.

(b) Show Cause that We the people was not unlawful made Civiliter Mortuus (See: Affidavit of Michael-Dewayne: Jackson: EL (AR) Exhibit G)

29) Show Cause that We Cannot Assert our Full Birth Right(s) - Sovereignty and Substantive Rights and our Right of Claim to all Hereditament(s) - Being Sundry Free Moors/Muurs and European and (Natural Beings) distinguished from all Spurious Constructs, Created by the Foreigners, or by their agencies, Pursuant to: Moabite/ Moorish Pedigree; The Treaty of Peace and Friendship - 1786/ 1787 and 1836; The Sundry Free Moors Act of 1790; The 1781 Organic United States Constitution; The Moorish Federal Financiers Act (Union States Army: 1861-1863); The 1854 Roman Catholic Magna Charta; the Knights of Columbus Code; The Ku Klux Klan Oath; The United Nations Charter, Article 55(C); The Rights of Indigenous People: Part I, Articles 1, 2, 3, 4, 5; Part II, Article 6;

The United States Supreme Court-'Acts of State'; The Foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on International Road Traffic - Day 19, September 1949, The World Court Decision, The Hague, Netherlands - Day 21, January 1958 A.D. = 1378 M.C. In reference to the rights of the natural beings and of their Substantive Rights, etc. Europeans have their own; but all are equal under the Declaration of Independence: all men are created equal, which is established under patents and is the First Trust) to grant each Claimant Civilian Due process.

30) Show Cause: that these unlawful contract(s) are not resinded, by this Freedom From Compelled **Association** implemented by the First Bill of Right(s). Hereby Abrogating or Cancelling any and all Contract(s) Created at all Claimant(s) Birth

(a) Maxim: Nemo nascitur artifex: No one is born an artificer

31) Show Cause: that there is a License to practice Law in the State of Alabama / United States of America

(a) The Practice of law Cannot be licensed by any State / State. "Schware v. Board of Examiners, United States Reports 353 U.S. Page 238, 239.

(b) "The Practice of law is an occupation of common right." Sims V. Ahern, 271 SW 720 (1925)

(c) Licenses are for the Conduct of a business, Profession, occupation, the exercise of such when they are a privilege. Licensing is in the nature of a SPECIAL PRIVILEGE entitling licensee to do Some thing that he would not be entitled to do without a license. San Fransisco v. Liverpool, 74 Cal 113.

(d) Where a private occupational Statute exists, of which the intent is regulation of private Commercial occupations, the particular agency enforcing that private Statute, <u>Shall not apply it by trickery and deceit,</u>

17.

Conditional Acceptance For Value

and threat and misrepresentation, to persons regulated and taxed, nor should it permit any party to do so, in violation of <u>persons Rights to Stay Out of Compelled Contract,</u> When he is not a <u>person Subject to the Statute,</u> unless clearly with its words (See: State vs. Eberhard, 179 P 853; 246 p2d 1011.

(e) Show Cause that the Claimant/Claimant(s) had full awareness/or were given Lawful Notice of Bonds/Abandoned Estate/Trust

(1) Waiver(s) of Constitutional Rights, not only must they be Voluntary they must be Knowingly intelligent acts done with Sufficient awareness. "Brady v. U.S., 397 U.S. 742, 748

(a) Show Cause that a New Born had full awareness of probate recording(s), even at the 7 yr age of unexplained absence

(F) The State is prohibited from Violating Substantive rights. Owens v. City, 445 US. 662 (1980); and it can not do one power (e.g. Police Power) that Which is, for example, prohibited expressly to any other Such Power (eg. Taxation/Eminent Domain) as a matter of law. US and UT v. Daniels, 22 p 159, nor indirectly that Which is prohibited to it directly. Fairbanks v. US 181, US 283, 294, 300

(32) Show Cause that the following are not Adhesive Contracts that are Straw for Personum/Personal Jurisdiction over the innocent Claimant/Claimant(s) by Trickery and Deceit:

(a) • Social Security
  • Division of Motor Vehicles
  • Employment Applications
  • Alleged Government Housing
  • Any form/Contract where Social Security Number is asked
  • Tax Identification Number (TIN)
  • Employer Identification Number (EIN)

(1) Show Cause that a National identification card gives the Natural born Citizen(s) a Nationality!! Nationality is bestowed upon you from your birth from our Mother. Any thing in written form is a brief expressing your position regarding a matter and that would include the card itself, as a brief, a claim.

Conditional Acceptance for Value 18.

(b) Show Cause that the following is not true:

(1) Note: an employee is a Public Officer, Employee Identification is the Social Security Number, Therefore all Claimant(s) are considered an Employee if you have and utilize a Social Security Number, We are treated as a Corporation.

• A public officer is called a trade or business. 26 U.S.C. Sec. 7701 (a) (26)

• "The term "trade or business" includes the performance of the functions of a public office.

• A "public officer" is referred to a "eng legis." To Wit:
Eng legis. L. Lat. A Creature of the law; an artificial being, as Contrasted with a Natural person. Applied to Corporations Considered as <u>deriving their existence entirely from the law.</u>

(33) Therefore any and all Claimant(s) have been abused /neglected by Tortfeasor(s), Ponzi Scheme(s), Barratry, Misprision of Treason, Insurance and Liability Fraud, Malfeasance, Kidnapping, Held Hostage for a Ransom, Defamation, Extortion, Embezzlers, Conspirators, etc. to make the We the people Criminal(s) under Feigned Name(s), Feigned Act(s) and Feigned Claim(s) to swindle the Money, Propertie(s), Trust and Estate through a pretended Criminal accusation to cover the Original Issue(s): Bond(s) Show Cause that this previous Statement / claim is not True.

1) Show Cause that this claimant Shall not be released under this Freedom and uninalienable right to disassociate from such cruel and unusual past and continuance of punishment(s) against my Rights to Travel and pursuit of Happiness. (under this one-action rule). While being denied Prisoner Relief Statutes at Large: Volume 1 Stat 561
(See: Affidavit of Michael-Dewayne: Jackson: EL (AR) Exhibit D)

Conditional Acceptance For Value    19.

(33) Show Cause these Human laws can be violated by the United States of America / State of Alabama :

(a) United Nation(s) Universal Declaration**s** on Human Rights Article XV (15), General Assembly Resolution 217 A (III) of 10, December 1948 A.D., Executor Order 13107-United States Republic, North America — the Implementation of Human Rights Treaties ; the National Constitution For the Continental United States, Article III, Section 2 ; Amendment V-Liberty Clause ; Amendment IX-Reservation of the Rights of the people ; the United States Department of Justice Moorish Credentials ; Free Moorish Zodiac Constitution, Truth A-1 Classified ; the United States Copyright Certificate Number AA222141 Clock of Destiny ; the Moorish Nationality and Identification Card, Moorish Holy Temple of Science / Moorish Science Temple of America Identification Cards, etc

(See: Affidavit of Michael-Dewayne:Jackson:EL(AR) Exhibit H)

AA222141 refers to Title 22. Foreign Relations And InterCourse PAGE 954 Chapter 2: Consular Courts, Section 141 (R.S. §§ 4083-4125, 4126. 4127: June 14, 1878. c. 193. 20 Stat. 131.) R.S. § 4083 from Act June 22, 1860. c. 179 § 1. 12 Stat. 72 : Act July 28, 1866. C. 296 § 11. 14 Stat. 322 : Act July 1, 1870, c. 194 § 1, 16 Stat. 183. R.S. § 4125 From Act June 22, 1860, c. 179. § 21. 12 Stat. 76. R.S. § 4126 From Act July 22, 1860, c. 179. § 28. 12 Stat. 78. R.S. § 4127 From Act June 22, 1860. c. 179. § 29. 12 Stat. 78. United States Court For China. See Chapter 3 of this Title

Title 22, Chapter 2, Section 142. (R.S. § 4084.) Title 22 Chapter 2, Section 143. (R.S. § 4085) From the Code Of the laws Of the United States of America Of A General And Permanent

20.

Conditional Acceptance For Value

Character IN FORCE JANUARY 3, 1935 CONSOLIDATED, CODIFIED SET FORTH, AND PUBLISHED IN 1935 IN THE ONE HUNDRED AND FIFTY NINETH YEAR OF THE REPUBLIC

(34) Show Cause that any Trustee of the United States / The State of Alabama Can breach and Treaty or Constitutional laws of this Said Land / Supremacy Clause, Sworn / Affirmed by Oath to uphold and protect against Foreign and domestic Show Cause as Consular Court was abolished in 1956 A.D. all issues between the Moors and European Christians, being of a Treaty Nature are obviously of a Lack of Federal Jurisdiction. The States by law of Constitution of the Articles of Confederation(s) Article I. §10, Clause 1. Can not make treaties and therefore, have any Power to Stop one.

(a) Any Jurisdiction claimed without mutual agreement within the Prescribed proper Forum, is void of Law. Federal and State Officials must set up Consular Courts to have lawful jurisdiction in Moorish Affairs

1) Where Provisions are not made to address Foreign Relations and Intercourse in a Consular Court, as prescribed by law, then No Jurisdiction exist(s)!!

2) A Court OF General Sessions, Generally Congressionally Sanctioned, in accord with the NATIONAL CONSTITUTION(S) and TREATIE(S), with CONSULAR(S) and OFFICIAL(s) representing both Nations / National(s), Present and In Propria beings, would be a proper jurisdiction. All parties shall operate by a de jure Constitutional and Treaty law.

Conditional Acceptance For Value    21.

(3) Show Cause: that there is a proper jurisdiction or venue, (a) because then no lawful or legal trial(s) can be held nor any unlawful Contract(s) of Seizure(s), Sanctions, or imprisonment(s) of any Moorish Claimant, Europeans have their Declaration of Independence. Therefore all rights revert back to the people (Self-Governing) with Sovereign / Sultan / private Citizen Authority. Therefore Certificate AA 222 141 Clearly Proves its purpose, when government official(s) Superseded their Charter, Fiduciary duties of the Claimant / Claimant(s) Civilian Due-processes, redresses, recourse, Subrogation for the Discharge of every Mortgage, that was Ab initio.

(35) Show Cause that every case is not placed under a Mortgage and Show cause that it is legal to do so.

(a) By law a Mortgage is "AB INITIO", therefore, I / We Demand to Foreclose, originally used at Common law, the term "Foreclose" for Post Settlement of each account, Show cause that any court has the right to seize any of the claimant's (in full life).

(b) Show Cause that I / we, do not have any equitable right to redeem our Estate

(c) Mortgage(s) (C.J.S) §490: Nature of Remedy; Since Every lien of a Mortgage on the land can be enforced only in the State or Territorial jurisdiction where the land is situated, the law of the place where the Mortgage premises are located Controls as to Foreclosure proceedings. Statutory Provisions as to Foreclosure do not apply as to land lying in another State: According to Mortgage(s) (C.J.S.) §491

22.

Conditional Acceptance For Value

(d) Show cause that the Indigenous /Aboriginal Moor(s) are not their own Nation / State giving full allegiance to our Flag / Nation / Moorish Science Temple of America .inc., To carry into full effect the Provisions of the Treaties of the United States with Certain foreign Countries. the ministers and consuls of the United States in China, Siam, Turkey, Morocco, Muscat, Abyssinia, Persia, and the territories formerly a part of the former Ottoman Empire including Egypt, duly appointed to reside therein, shall, in addition to other powers and duties imposed upon them respectively. by Provisions of such Treaties, respectively, be invested with judicial authority described in this chapter: Title 22. Chapter 2, Section 141 of United States Codes by President Eisenhower 1956.(agreed upon).

(36) (C. J. S) Mortgage § 125 pgs. 170–171: Arrest, Criminal Prosecution, or Threats Thereof. Which proves every Arrest or the Compromise or threat of Criminal Prosecution may operate as duress invalidating a Mortgage given to obtain relief. It is duress to extort a mortgage from the Mortgagor, as a condition of releasing him from an unlawful imprisonment, or of forbearing to have him arrested or prosecuted on a pretended groundless Criminal Charge. Provided the Mortgagor is really imposed on and (Criminal Charge) Placed in Fear. If the Party is unlawfully imprisoned, or is threaten with arrest on a Criminal charge of which he really is guilty, it is held under some authority not Constitute duress to require him, as to a condition to release or forbearance, to execute a Mortgage in fair satisfaction of the Mortgagee's Claims on him, Although even in these Circumstances the Mortgage will be void if given without Consideration or for a debt with the Mortgagor does not owe.

23.

Conditional Acceptance For Value

(a) Show Cause that the above paragraph has not been enforced upon the Claimant / Claimant(s)

(1) Show Cause that the Claimant / Claimant(s) are not considered as the Mortgagor(s).

(2) Show Cause that the ALL CAPITAL NAME(S) ARE NOT THE SAID PRINCIPAL, according to Mortgage(s) (C.J.S.) §451: State(s); Under the doctrine that the debt or obligation Secured is the Principal thing and the Mortgage only an incident or accessory to it, it follows as a general rule that whatever extinguishes, discharges, or satisfies the debt or obligation will also discharge the Mortgage

(3) Therefore the Courts of Etowah County / Alabama Criminal Courts of Appeal / Alabama Supreme Court / American BAR Association / Department of Justice / Alabama Commissioner / Etowah County Commissioner(s) / Alabama State Prison Commissioner / Alabama Secretary of State / Etowah County Probate office / Etowah Police Department / Governor / Senator / District Attorney(s) / Attorney General / President of the United States of America / The Secretary of the United States of America all being Republic. et al all official capacities including Judge(s) / Attorneys.

Per Respondent Must Show Cause that it is / was lawful under Trickery and Deceit to enforce the Color of State / Color of Office / and the Color of Title / Color of Authority / Color of Process / Colorable imitation, upon the undersigned, without doing so upon agreement to be sued in your official capacities. which was unlawful to use any colorable processes outside the Treaties and Constitution.

Conditional Acceptance For Value    24.

, Therefore we / I are enforcing 42 USCA § 1983 / Bivens Action to all official(s) that have violated our Treaty and Constitutional Rights.

37) Show Cause: that the Magna Charter, that the Moors are included as Citizen(s) or Subjects and that we are not held as property, under unlawful Misnomers by Denationalization / Negro Act(s) / Christian Black Code(s) / or Chattel Colorable Processes.

(a) "Every Sovereign State (people) is bound to respect the independence of every other Sovereign State (people) and the Courts of one Country (people) will not sit in judgment on the acts of the government of another, done within (the Same or) its own territory---"

(b) The present Union States Municipal and Civil Laws and Codes imposed upon the land are a private-Law, incorporated unit of self-govern-ment "established by the political powers of the "General Assembly" of each state of the Union; limited and bound by Article I V, and initiated at Philadelphia, Pennsylvania, North America, in the year (1854). It governs "ONLY" the rights and conduct of the alleged "WHITE PEOPLE", Christians and Jews of the (1863) Union States Rights Republic, under the Magna Charta (the Great Charter), the Knights of Columbus Code, and the Ku Klux Klan Oath. Forever, the Said "Union States Rights Republic" denies Citizenship in the United States Republic (U.S.A.) to the Heir descendants of the Moorish Nation in the Western Hemisphere, who have been erroneously referred to, "branded as" and Mislabeled as Negroes, Blacks, Coloreds, and African American, Latinos, etc.

(c) Maxim: Omnis nova constitutio futuris formam imponere debt, non praeteritis: Every New Statute ought to prescribe a form to future, not to past, acts

(d) Show Cause: that 37 (a) through (c) is not enforced upon The United States official(s) / State of Alabama official being Parent Corporation / Instrumentality rule(s) / Alabama being a Corporation (subsidiary)

1) Therefore the District of Columbia. Legally it is neither a State nor territory, but is made subject, by the Constitution, to the exclusive jurisdiction of Congress. Bl. 6th ed. pg. 476.

(38) Moors are not and can NOT be Citizen(s) of the Union States Society, but are We the People of the Continental United States, being PART and PARTIAL of this Said Government to Which the Union of States are obligated, and With all Moors, any Non-Federal Scantioned Court (INFERIOR) is improper jurisdiction. IF a court is not operating with Constitutional Law and Treaty, it is color of law and Fraudulent (Show Cause this Section is not to be true.

(a) IF any Tribunal (court) Finds absence of proof of jurisdiction over a person and Subject Matter, the Case must be dismissed. Louisville V. Motley 2111 US 149, 29 S.Ct 42. "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt"

(b) "Lack of Federal Jurisdiction cannot be Waived or Overcome by agreement of parties" Griffin V. Matthews, 310 F supra 341, 342 (1969): and Want of Jurisdiction may not be Cured by Consent of parties." Industrial Addition Association V. C.I.R., 323 US 310, 313.

(1) All in light of the Foregoing Jurisprudence "Stare Decisis and Res Judicata affirmed and declared by the Supreme Court Decision(s), by facts and by Law, and Counter to the negative and Colorable Social and political conditions instituted by Corporate State Persons of the Union States Society, there exists a blatant Want of Jurisdiction on

Conditional Acceptance For Value    26.

The part of the Union States Rights Republic (U.S.A.) and by its agents, personel, Contractors, and assigns — Maxims and Axioms

(2) Modus et Conventio vincunt legem: "Custom and agreement" overrule law. This "Maxim" forms one of the first principles relative to the law of Contract(s). The exceptions to the rule here laid down are in cases against public policy, Morality, etc.

(a) Lawfully, legally in force under National and International Law attending to these issue(s), and All Affiant(s) (Natural Being(s) does not abandon any Estate Right(s), do not waive any Substantive Rights, does not transfer "Power of Attorney to an foreigner, by consent. Show cause that the Claimant / Moor / Mexican Moors / Europeans non colorable / 14th Amend of U.S. Const. Is being Treated under the 14th Amendment Section 1 or the Trading With The Enemy Act of 1917, and

(b) Show cause that any and all charges are not to the Claimant but to the Treasury of United States of America Republic accord to the Emergency Banking Relief Act of 1933.

39) Show Cause: that NO Inferior Court has not knowingly under the State of Alabama has not operated with the Color of Authority / Alabama laws, Statutes, Codes, and regulations / Constitutions of Alabama 1901 that is notwithstanding According Article VI. Clause two of the U.S.R. Const.

(1) Marbury V. Madison 5 US 137 1803. The Constitution of these United States is the Supreme Law of the Land any law in Conflict is NULL and VOID OF LAW.

Conditional Acceptance For value 27.

(39) Show Cause: that any Colorable process is not a negative law (Non-Organic Constitution) is in fact by laws of the Land: Article VI, clause Two of the United States Republic Constitution is in Blatant Violation of the Following:

(1) Articles of Confederation(s): Article III, Sec. two; Article IV, Sec. I, and Sec. IV; Article I, sec. 10, Clause 1; Article I § 9, Clause Two and Three, Article VI, clause 2, and 3, backed by Amendment(s) 9, 10, and 11 of the U.S.R. Const.

(2) The Bill of Right(s) / Most Favored Nation clause / Status the law of Adjudication / Oath of Office and Registration documents(s) with the Secretary of State of Alabama

(3) Treaties / Treaty of Peace and Friendship of 1787/1786/1836/ Expatriatution Statute

(4) Human Rights. Under Trickery and Deceit, Show Cause: that the above 39-through Subsection(s) 1-4 can be rejected by any and all official(s) / Respondent(s)

(40) I / We are in Receipt and placing before the Nation / Nations and the Court our proper Status as Moor(s) and Europeans as We the People and the Courts Must Show Cause that We Cannot proceed as such, According to the law of Notice and **Demand** and this Recorded Declaration and Proclamation Under this ex parte Special private and restrict Notice to exclude the Media and the public for equitable remedy and relief I being Agents for the Defendants and Cestui que for the private We are Well aware of our two Capacities Show cause that We Can be denied Such right or the denial of proper discharge(s), No Trust fail(s) in want of a Trustee

*Conditional / Acceptance For Value*

28.

(41) Show Cause that any and all claimant's are not treated under and unusual punishment According to the 8th Amend. of the Bill of Right(s)/being deprived our own Trust Money - that has been unlawfully Seized - and have been denied to every claimant incarcerated or Free under neligence by Abuse of Guardianship

(a) Show Cause that their is a limited wealth according to private Law and Trust, by law We are the Principal

(b) Show Cause: that Trillions of dollars are not made by Private investers, because these prison bonds are being Monetized, they make an investment security out of them. They make a **Fortune** off the Prisoners

(1) These Bond(s) go international into Sinds and then into (annual numerical association) "ANNA", in Brussels, Belgium With unlimited Capital

(2) This is Where Euro, Yin, Sterling, everything is under the Prison system, all Countries are feeding off of the prison Stock(s) and Bond(s).etc.

(3) Show Cause: that the Principle of the law Merchant are not the rules of the decisions of all the Courts and Show Cause: that Everything is not Commercial. All Crimes are Commercial All Crimes .i.e., Kidnapping, Robbery, Extortion, Murder, Rape.etc.

(4) Show Cause that all Inmate Trust Funds (PZN) Cannot Purchase the Following:

• Proper Air Conditioning and Heating For those that are not Seeking Freedom.

29.

Conditional Acceptance For Value

- A-1 Foods / do to Malnutritious Meals for inmates not Seeking freedom
- A unlimited amount of Store weekly from our unconsent trust until our Speedy release
- We are demanding a recoupment for being overly charged for peso pennies for food and charge(s) Criminal and the like in peso in place of the United States Dollar (Show cause that Complaint is false

(42) Show Cause that any Claimant has the right to be denied the Proper Access to the Article III Court with the proper Heading With the little d for district, Which is the Chancery Court for ex parte access as a private Citizen / Moorish American Being the beneficial owner / grantee / Agent for Name Trust

(43) Show Cause that the United States is not a Federal Corporation, and that Pope Francis did not Strip away the Immunity of all Judges, Attorneys, Government officials and Entities established under the Roman Curia

(a) No Judicial courts, nor Judges, Have Existed In America since 1789. Administrators, not Judges, enforce statutes and Codes. (FRC v. GE, 281 US 464, Keller v. PE, 261 US 428. 1 Stat. 138-178) See also the 11th Amend. of the U.S. Const. This Was the abolishment of all inferior Courts to hear Cases of law or equity.

(1) Definition of the United State : (15) "United States means (A) a Federal corporation,

30.

Conditional Acceptance for value

(B) an agency, department, commission, board, or other Entity of the United States; or (c) an instrumentality of the United States

(C) In Fact, it is also a christian Religious Corporation, a said Christian Society now.

(D) DeFacto: Pope Francis issued an Apostolic Letter on July 11 and effective 1, September 2013 that effectively Strips away the immunity of all Judges, Attorneys, Government Officials and all Entities established under the Roman Curia

(1) Note: all Corporations are established under the Roman curia, all of the Person(s) can now beheld accountable for War Crimes, Crimes against humanity For failure to settle the accounts and for Continued Presecution of claims already Settled, and So on---

(2) United States of America, Inc. Non-profit Delaware Corporation, Incorporation Date 4/19/89 File No. 2193946/ Last Annual Report Filed: 1991/Religious Non-profit Organization

(3) The Vatican church or their organization is over UNIDROIT that owns the Uniform Commercial Code(s) / Show Cause that the UCC do not apply to each Respondant under the lawful control of the vatican

(a) conflict of laws is called private international law, because it pertains to private interest(s), while public international law pertains to relations between States- (See: Gather v. Teamster. Chauffeurs & Helpers local Union, 346 US 485, 495; 98 LEd 228; 74 Sct 161). The IMF is an agency of the United Nation(s) (UN): Black's law. 6th

31.

Conditional Acceptance For value

Ed. pg. 654 (20 CFR Ch. 111, Subpart B 422.103(b)(2)

(44) Show Cause that the Pope at that time did not have the Powers to remove the Immunity from the United States Federal Corporation / BAR Which is the Acronym for the British Accreditation Regency.

(1) Show Cause that the United States / the State of Alabama did not Function from the Magna Charta, being Subsidiary's to the Vatican - Roman Curia, and being that the Pope removed all authority through a Apostolic letter - which papal in nature regarded to the Papacy - the government of the Roman Church, governing authority of a political unit.

(2) Show Cause that the Pope is not over / or in control of the British Accreditation Regency (B.A.R.)

(a) Great Britian is own by the Vatican. - see: Treaty of Verona, 1213 / The Pope Can abolish any law in the United States. - Elements of Ecclesiastical Law, Vol. 1, 53-54.

(3) Show Cause that the State of Alabama Republic is not a Subsidiary to a Subsidiary of the Roman / Moroccan Powers according to the Treaty of Peace and Friendship of 1787 in Conjunction and Signed by the following:

• Taher Ben Abdelkack Fennish
• Isaac Cordoza Nunez - interpreter
• Signed By: Sidi Hage Taher Fennish
• Thomas Barclay
• John Adams, - London January 25th, 1787
• Thomas Jefferson, - Paris, January 1st, 1787 (see: Exhibit "B and C.")

(4) Show Cause that the Treaty o Peace & Friendship 1787 Between Morocco and United States is not the laws of this land to govern Controversy between Moors / Islamism and European Christian powers, belonging to them both

(a) Show Cause that the Moor(s) are not part and partial of this said government

(b) Therefore this Treaty proves that any and all European organization are Christian based by law and Fact, because all applications are under the penalty of perjury / Court proceedings Which proves that the State and the Church never separated

(1) therefore Show cause that any Government Official(s) / State official have the authority to

Conditional Acceptance For Value

to make and enforce law(s) upon "we the people" Moorish American(s) /
Mexican Moorish American(s) and the European Nation - Non-14th Amendment citizen(s)
being Citizens of Americas in forcing our Natural being / uninalienable /
inheritable right(s) to disassociate / Expatriation / Repatriation

(45) Show Cause that past law(s) are unenforcable or Unenforceable today
according to the Maxim on pg. 25 (37) section (c), because future laws can not over
ride the past laws that Constructed the foundation of which the laws reside.

(a) Show Cause that new laws were not invented to hide the past laws that were
designed to protect the people from foreign Government Intrusion(s)

(46) Show Cause that the Alabama Constitution of 1901 / the Law(s), Statute(s),
Act(s), Regulation(s), Ordance(s), and Custom(s) are not in Conflict with the Treaties,
Constitution of U.S.R Const., Organic United States Constitution, The Bill of Rights,
The Articles of Confederation / Supremacy Clause, Common law of 1790, God Natures laws,

(a) No Provision (see: Marbury -v- Madison 5 US 137 (1803)

(b) Robin -v- Hardaway 1790 "Common Law "1790" Supercedes all laws.

(47) Show Cause: that the United States / the State of Alabama is not in rebuttal of
the Authority of the Pope

(a) Show cause that the Magna Charta is not the actual granted authority of delegation(s) /
The Treaty of Morocco and the United States 1787

(1) Maxim: Delegatus Non Potest delegare: A delegate Can not delegate; an agent Can not delegate
his functions to a subagent without the knowledge or Consent of the principal; the person to
Whom an office or duty is delegated Can not lawfully devolve the duty on another, unless
he be expressly authorized so to do.

(2) Maxim: Delegata Potestas Non Potest delegari: A delegated power cannot be delegated.

(48) Show Cause: that a 'STATE ACTION' by the United States / State of Alabama Republic
is not the Sole purpose of hiding the Natural Identities / White for European(s) / Latino
for Mexican(s) / Black, Negro, Colored, Ethiopian, African-American, Afro-American. Etc.
for Moorish / Moor(s) — (See Exhibit K-Act (6).)

(a) Show cause: that this reclassification Status(s) did not Condemn the Natural people /
(non-United State(s) Federal Corporate Fiction) to Stateless person(s) and Stateless means(s)
without Nationality or Citizenship. Bl.law. 4th ed. pg. 711. pocket dictionary

(1) State Action. (1893) In constitutional law, an intrusion on a person's right(s esp. Civil
rights) either by a governmental entity or by a private requirement that Can be enforced
only by governmental action (SUCH AS A RACIALLY RESTRICTIVE COVENANT), which
requires judicial action for enforcement. Bl. 4th ed. pg. 710. pocket dictionary

33.

(2) Show Cause: that this "Racially Restrictive Covenant" is not the National Identity that has been kept In secret about the hiden Nationality of the Misnomered i.e., So called Black People and So called White people (that Colorable name brand(s) to Crate a Monopolized Caste System (Show Cause) that the United States / The State of Alabama are not in violation(s) of International Law(s) invented By Slave holder(s) to place the Indigenous people of the Land under the unlawful Status of an OutLaw.

(w) outlaw.(12c) Number (3) Int'l law. A person, organization, or nation under a ban or restriction because it is Considered to be in Violation of international law or Custom- Bl.law. 4th Ed. pg. 546 pocket dictionary.

(b) The Convention Relating to Status of Stateless Person(s) (1954) it Forces the Stateless people to abide by the laws of the Country where they RESIDE

(1) RES / Reside / RES-I.D. / RES=IDENT-ified which is the government's jurisdiction on federal territory. This res-ident is referred to as the straw-man / Public officer

(a) Res. Lat. the Subject matter of a trust or will

(c) Show Cause: that if the people in the proper Standing / Status / Nationality that they Could not have avoided this Monopolized Government Structure(s) of unlawful Commercial Crime(s) / Tax invasion(s) / dishonor(s) without lawful Notice to accept or pay (a negotiable instrument) to discharge the debt(s).

(1) Show cause: that this unlawful scheme commited against the people not a organized Control of poverty to Create a Criminal Cash Cow out of the Public Citizen / enemy Combatant belligerent(s) which is unlawful act(s) of GENOCIDE. Which is the Violation(s) of all Human Right(s).

(d) Show cause: that their innocent BLOOD is not on your HANDS i.e. Moor(s) Made Black. Mexican(s) Made Latino, European(s) Made White (Nationality Comes with A-1 beneifits) that have been deprived From the Natural Settlers / Settlors Moor(s) / Mexican(s) being Aboriginal and Indigenous; Europeans have their Trust.

(e) Show Cause: that the Denationalized Moors is not the death and Shallow Grave of HIRAM ABIFF being that all government / State Official(s) are all under the Oath and Fraternal Lodge(s) held to Sworn Covenant(s)

(49) Show Cause: that Under the defenition of the "STATE ACTION" that the Governmental ENTITY is not the Strawman / Corporation (artificial) person / eng legis / Fictitious NAME / Legal Fiction / Debtor / Defendant / Security / Surety / Collateral / Sham / Bond / Trust / Corpus / Estate / Principal / Beneificiary / Dummy / Dummy Corporation for the Claimant(s) beneificial enjoyment.

(a) Show Cause that the drugs that are being Transported to the United States / State of Alabama are not being Flown or Shipped by this Said government to corrupt Humanity and to over flow the Prison System be the Majority So called Misnomered Black males, but according to the Statistic(s) according to the World Almanac we are out numbered in the Criminal activity; but our Moorish people are the Majority of the populace, incarcerated

(1) We don't own any planes or ships nor Pharmaceutical Connection(s)

Conditional Acceptance For Value

(50) Show Cause: that the State of Alabama's Prison Application(s) and Roster(s)/ Medical Slip(s) are not using the Signature(s), under Adhesive engagement(s) made in private, without the awareness of each Claimant, because equity is related to the Signature.

(a) Show Cause: why Inmate(s)/Claimant's have not received any money made from their Trust Property being the true holder(s) in due Course

(1) Show cause that the Birth Certificate, Social Security Number, Name Trust is not Registered as a form of Credit/CUSIP/AUTOtris/AIS#205687/Prison Trust Account that has been taken Without Knowledge and Consent of Claimant.

(51) Show Cause: that a Warrant is not a Warranty CJS BONDS§3 number 27. Warrants are general orders payable where funds are found (See: Mo.-Lorimer v. McGreevy, 84 S.W. 2d 667, 229 Mo. App. 970.)

(a) Show Cause that the Warrant is not being MONETIZED at this Present time From Etowah County Circuit Court/State of Alabama/CRIS, Case No. Associated as CC-19-000992.00; et al 9648 JACKSON, MICHAEL DEWAYNE, et al Claimant(s)

(1) Show Cause: that the warrant whether warrantless or warranted attachment occurs, is not issued prior to 72 hour hearing and is actually a (3) party draft, an instrument consisting of a drawer/Maker, payor, and a payee, this draft is issued to the defendants, (ens legis/quasi trust/Corporation) IN IT NAME TO COVER THIS MONETARY LIABILITY

(a) Show Cause: that Original draft is given to the defendant(s) For inspection(s) or indorsements

(b) Show Cause: that this is not not held in Trust by every Clerk of every Court/county in the Court Registry Investment system.

(c) Show Cause: that the Treasury Bill(s) are not purchased to use the proceeds received from the draft(s)

(2) Show Cause: that the Treasury Bill is not Registered Security identified by a Major and CUSIP Numbers and is not issued on a 52 Week, (or less) Non-recuring investment if a Charge is a Misdemeanor and as a (52) Week recurring investment for felony Charges, only up to the point of disposition

(52) We/I, Know as a body/private Citizen, in order to obtain remedy for release in lieu of unlawful incarceration, is the Mechanic(s) of how a Criminal "Charge/tax" originates, how it is Securitized, and how it's Monetized through Amortization-Which is no different than a Mortgage, whereby the Body (Corpus) is attached and held as collateral to secure the repayment of the bonded debt(s), (the Charge).

(a) Show Cause: that the Mortgage is not a Certain Monetary Value and is due in Full at Maturity-Say in (30) years, must borrowers will not touch the principal for at least (15) year(s) Covering only the interest

(b) Show Cause: that the State of Alabama/Department of Justice/ABA-BAR/Courts-County/Criminal Courts of Appeal/Alabama Supreme Court. etc. Circle of unseen hands

35.

Conditional Acceptance For Value

are not engaged in a Mortgage, (or amortization Situation) one could pay off this obligation early by notifying the 'Lender' of the intent to settle the debt at any time, for any reason – Show cause that the Claimant has not been denied and deprived the right of (extinguishment).

(C) Therefore We are acknowledging the Call and Subsequent recall of Securites and it become Mandatory on the 'noticed parties'

(1) This is My/our Call for redemption to the trustee from the agent/agent(s) to make the payment by Demand

(2) Show Cause: that these bond(s) have not been called–ALL: BID BOND(S) (SF-24), PERFORMANCE BOND(S) (SF-25), and PAYMENT BONDS (SF-25A)

(a) Regardless of Tender or payment When bond(s) are called for Redemption, they are discharged and payment(s) are now due (Show Cause they are not discharged)

(b) Show Cause that all parties upon this call for return is not Mandatory on the Parties in which the call Was made for return.

(51) Show Cause: that in a Mortgage Situation where the home owner calls for Redemption, or (wants to pay off the debt early), that the Bank/Lender will not move to foreclose and will expect payment on the call.

(a) Show Cause: that this is no different With bonded debt(s) in Criminal Case(s), When 'Notice' of the following:

• Notice of Acceleration, Call for Redemption, and
• Notice of Tender is given
• The Debt(s) is Discharged

(52) Show Cause: that all defendant's/debtor's have not received funds to cover each Call? because warrants that were issued in each defendant's/debtor's NAME Wherein proceeds received are being held in C.R.I.S. (COURT REGISTERY INVESTMENT SYSTEM) which were used to invest in the Mutual found holding the BOND(S).

(a) Each Defendant/Debtor is demanding to see their TRUST PROCEEDS and SUBSEQUENT CONVERSION(S) and through CONSTRUCTIVE TRUSTS

(1) We/I, Compel the State of Alabama/United States/Treasuries/President Trustee Commander: of all Equitable Titles by Characteristic: by and through any and all clerk(s) of every Claimant's Court of their County by Conveyance to do the following:

• To pull each-inmate's investment proceeds to cover the Call, and
• apply it to the debt(s) due, and
• owning to settle the account in deficit, and
• effect the release of the Collateral (the Human being's Corpus)

Conditional Acceptance For Value

(53) Show Cause: that the Alternative, that the State Can not utilize and apply each defendant's / debtor's exemption as trustee to the ens legis / quasi trust / Corporation, and access the off-set Credit from each defendant(s) / debtor's Treasury Direct Account(s)

(a) All foregoing actions of the State and through the State's Agent(s) are all based on Non-disclosure, (No meetings of the minds) no agreement or understanding

(1) Discharge the Debt and annihilate any and all case(s)

(54) Show cause / Proof of Claim: that in keeping with the presumption of operating under, i.e. Defending and Upholding the Orangic / De jure Constitutions for the Alabama Republic and the united States of America (1787), and this being a Free Enterprise Republic, as Referenced in Show Cause Order / Proof of Claim 59 and 60, if they being in possession of a license, or if the only License to Practice Law a Judge and Prosecutor need is to be on the Docket Roll of the Supreme Court, coupled with being a member of the Bar Association, and as such they are deemed by the Bar (British Accreditation Regency) as an "OFFICER OF THE COURT" (see: M.C.L. 600.901; IN RE LORD, 97 N.W. 2D 255, 287; 7 CORPUS JURIS SECUNDUM § 4 AMONG OTHER AUTHORITIES), Would not such a Title of Nobility be in violation of the "NO TITLE OF NOBILITY CLAUSE", ARTICLE I § 9, Clause 8 and ARTICLE I § 10, Clause 1 of the Federal Constitution of the United States of America inc. (1845), and Would not such a way of Licensing A legal Profession, Create a Monopoly, i.e. "RULING CLASS" IN Violation of ARTICLE 4 § 4 of the De jure / Organic Constitution for the united States of America (1787) (violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 2381, 2383, 2384, 2385, and 2386; (10) Violations @ $250,000.00 per violation).

(55) "If a court is without authority, it's judgment and orders are regarded as nullites. They are "VOID", and from no bar to a recovery sought, even prior to reversal in opposition to them. They Constitute no justification; and all persons concerned in executing Such judgments or Sentences are considered in law as Trespassers" (see: ELLIOT V. PIEROL, 1 PET. 328, 340; 26 U.S. 328, 340 (1828))

Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 1951, 2381, 2383, 2384, 2385 and 2386; (11) Violations @ $250,000.00 per violation).

(56) Show Cause / Proof of Claim: That if the Court has "NO AUTHORITY or JURISDICTION" over all undersigned(s) or over CAN, via each of the violations of the De jure / Organic Constitutions for the united States of America (1787) as well as Federal Constitution on the United States of America Inc. (1846), that the Judge and Prosecutor, as well as all whom have advised and acted with them, to Commit the moral wrongs of "UNLAWFUL INCARCERATION", of all undersigned(s), thus having the liability of insuring that what the Judges and Prosecutors did by incarcerating the Undersigned(s) within their supposed jurisdiction, was "LAWFUL and CONSTITUTIONAL", and if left unchecked, would be the same as making a Statement for the Record via, this (CAFV) that the we the Moorish American People of the United States of America Republic / European people of the United States of America Republic in this Country is just susceptible to the "Moral Wrongs" that have been perpetuated upon the Undersigned(s)

Conditional Acceptance For Value

(57) Show Cause: that any and all officials: of United States / State of Alabama did not Commit with each defendant / debtor, the act(s) of Fraud, Acts of Bad Faith, Breach of Trust, Breach of Public Trust / Delegated Oath of Office, Article 4 § 1 of the U.S.R. Const. acts of Conversions, and Violations of Trust laws, Contract laws, and Violations of Uniform Commercial code laws, United States Codes of law, and Laws of the Land.

(58) Show Cause / Proof of Claim: That within CAN that all Judgments was not "COMMERCIAL PAPERS" and was not deposited into a bank or Converted into an item of Deposit for the Commercial benefit to ALL Judges and Prosecutors, The United States and or the World Bank. (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386; (11) Violations $250,000.00 per violation).

(59) Show Cause / Proof of Claim: that the United States are operating under the organic De jure Constitution. (Violation of 18 U.S.C., Sec. 1001 (1) violation e $250,000.00).

(60) Show Cause / Proof of Claim: That if these Judges and Prosecutors under CAN as well as ALL of the United States Government Employees, Agents, Officers, Attorneys, Judges, and the like (Herein after referred to as PERSONAL), were / are operating under, i.e. Defending and Upholding the Organic / De jure Constitution for the united States of America (1787), and Not these Judges and Prosecutors under CAN, as well as all the Attorneys and Judges, to this day, have or had a License to practice law as mandated by the United States of America De jure Constitution; (PEOPLE EX REL HUGHES V. MAY, 3 MICH. 598 (1855) operating procedures as the Prosecuting attorney and/or PROSECUTING ATTORNEY (1947, No. 803, PAGE 741). Among other authorities, and in their order to be or have been doing Business As a Judges and Prosecutors, and in their individual, Private Capacity, under a De jure constitutional Republic, and such a license would be or have been issued by a duly Constitution, Free Enterprise, Board OF Law Examiners within the Department of Licensing and Regulations, where all Professional Licenses are issued, and Such a Board would have been established by the Legislature Which Must give force to the licensing Mandate of Article 2 & 1 of the United States Constitution of 1787, (See: THE LEGISLATIVE RECORDS OF FEBUARY 3, 1969, HOUSE OF REPRESENTATIVE BILLS: 2115 & 2116 WHEREIN SUCH A FREE ENTERPRISE "LICENSING BOARD" WAS SOUGHT, BUT DENIED). (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 2381, 2383, 2384, 2385, and 2386; (10) violations @ $250,000.00 per Violation).

(61) Show Cause: that, "Everything in the United States is not for Sale: Roads, Bridges, Schools, Hospitals, Water Plants, Prisons, Air Ports, etc. (See: Executive Order 12803).

(a) Here is my Notice of Entry By Demand to All unclaimed property, Show Cause that it is not mine according to File Number 10105905 Illinois Estate land Trust 1928 / 1928 Vast Estate Express Trust: Which Place(s) me as the Sole beneficiary by Will / heir and Sheih / EL© Moorish Attribute to all property, and what is acquired from you to me. Demand a Full Accounting on all property, and what is the father GOD Allah The Father OF In the Name of Prophet Noble Drew Ali, through the The Universe.

38.

(62) Show Cause: that We the Moorish American People of the United States of America Republic / Mexican Moors / European people of the United States of America Republic are Susceptible to the "MORAL WRONGS" that has been enforced upon every Undersigned(s). e.g.

"Whenever a Judge or Attorney acts where he/she does not have jurisdiction, the Judge and Attorney are engaged in an act or acts of Treason, and any Judge or Attorney who does not reject the Judge and Attorney for "TREASON." COHEN V. VIRGINIA, 19 U.S. (6 WHEAT) 264, 404; 5 L.ED. 257 (1821); AND REAFFIRMED UNDER U.S. V. WILL 449 U.S. 200, 216; 101 S.CT. 471; 66 L.ED.2D. 392, 406 (1908). (See: also 18 U.S.C.A. 2382-MISPRISION OF TREASON; AND 18 U.S.C.A. 2, 3 AND 4 MAKING SUCH NON-REPORTING JUDGES, ATTORNEYS, OR ANYONE THAT HAS KNOWLEDGE OF SUCH CRIMES A PRINCIPAL IN THE CRIMINAL ACTIVITY."

(63) Show Cause / Proof of Claim: That "ANYONE" including all Judges and Prosecutors for CAN, has Filed a "SUPERIOR CLAIM" Which is Certified and State Sealed Within the Uniform Commercial Code (UCC) DIVISON, of any Secretary of State, that Supersedes the Filing by 1928 VAST ESTATE EXPRESS TRUST©, i.e. File No. 10105905, which has been duly recorded, Indexed, and Certified and is under State Seal on a National Filing Form Within the UCC Divison, of the Illinois Secretary of State Office, thereby "SECURING" all of the Assets of ALL MOORISH DEBTORS / THE ALL CAPITAL NAME(S) and any / all derivatives and Variations in the Spelling of Said name, except for the all lower Case name attached to EL© and BEY© This Superior Claim includes "ALL" of the debtors Property / Assets, to include any / all things used to identify the DEBTOR, i.e. Social Security Account Numbers; C.U.S.I.P. / AUTOtris Numbers, and / or anything associated with the names of each MOORISH AMERICAN DEBTOR, also to including / include within limitations, and Bonds issued under each DEBTOR's Name including those that Were Fraudulently Created using the name (property) of the DEBTOR's Name including those that Were Fraudulently Created using all name (properties) of each DEBTOR. (10) Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 2381, 2383, 2384, 2385, and 2386; (10) Violations @ $250,000.00 per violation).

(a) International Law: Moorish-Americans, being the rightful Heirs and Aboriginal and Indigenous Natural Peoples of the Land, have and exercise the divine and natural rights to Proclaim our Attributes, Names, Titles and Nationality according to the (HOUSE OF REPRESENTATIVES RESOLUTION No. 75 Dated April 17 1933 A.D. Titled, "MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES") Europeans have their Declaration of Independence according to the Freedom From Compelled Association (see: Affidavit of Michael-Dewayne: Jackson: EL (AR) Exhibit E)

39.

(1) Show Cause we / I, do not have the Freedom of Disassociation(s) From B.A.R., State of Alabama, United States / Union States Rights Republic (U.S.A.), By this Demand of Release of Signature of Suretyship, therefore returning back to our original Status's of Private Citizen(s) to our inherent right to Expatriate and Repatriate: From all unlawful and Overt words / overt Acts of Man Made law that are Colorable by our Fellow man pretending Rule over ALLAH's People without Consent By Mighty GOD. ALLAH.

(a) According to the Biblical Text (the Great Writ): Show Cause that the Moabite / Moor / Moorish documented through the geneology through ALLAH - Through Adam - Noah - From Seth, Being the Bloodlinage of Ham to Shem through Lot the Nephew of Abraham

(1) Lot's First born was Moab and the people of the land became Moabites

(2) Through the Bloodline of Ruth and Obed being of the Same blood of Abraham - begat Jesse - David the King - he begat Solomon (down to the Allegorical Sense of Jesus Bearing the Same DNA as the Moorish American(s)

(3) By Law and Fact prove through this (Show Cause) that we are not the Natural Heir's and possesser(s) of this Land / World

(4) Under this Abandonment and Forfeiture all Government / State Official agree to return any and all property back to the Original and Rightful Heir(s) of this LAND to the MOOR(S) By this LAWFUL DEMAND TO ANY AND ALL TRUSTEE(S)

(64) Show Cause: that the European(s) didn't not go to Moroccan Government, and ask for permission to come over to America to develop this land and were given a 50 year mandate

(a) Show Cause that Morocco is not Americas / Amexem / the North Gate / North West Africa / Maghrib

40.

Conditional Acceptance For value

being the geographical heart Land of the Moroccan Empire /
Moors / Muurs are the "De jure" and rightful Free holders by
Birthright by Inheritance and by Primogeniture Status, and
have by those Inherited Rights, Descendible Claims.

· Note to all comers, that we (Heirs of the Land) possess the Secured
Rights to Travel upon the Lands of our Ancient Fore-Mothers and
Fore-Fathers, (upon the Public Roadways, upon the Byways and
upon the Highways of our Continental United States) relating to the
Organic Land, and

· Absent of the genocidal, Fraud-based extortion tributes, and
Human Trafficing (prison/ Jail(s)) imposed by Foreign "colored"
Inquisitionists, or by their Corporation-imposed exercise taxation
Constructs, invented by the racketeering, anti-Constitutional,
Foreign States' Legislators, construed under Color and Styled to
abridge and to Steal Substantive Rights belonging to the Natural
Peoples

· The Substantive Rights are supported by, and asserted by Royal law,
Moorish law, Moslem / Muslim Law, The Law of the Great Peace;
The Laws of Nature; Divine Law; Nature's God; The Laws of
Nations; The Free Moorish Great Seal Zodiac Constitution; Stare
Decisis; Res Judicata; and bindingly Affirmed by Article III,
IV and VI of the American Constitution established the Peoples'
'Supreme Law of the Land' Standing upon the principles of moral
government to secure the Rights of the People, and to keep limited
Government operatives bound and in check by Official Oath, and
by Official Bond.

· Let it be Known that: "Down From the Ancients Ones, (our
Primogenitors) came the Allodial Isonomi — Principles with established
Supreme Law of the Land!"

Conditional Acceptance For Value

(65) Show Cause: that the Great Seal Pyramid is not the National Emblem and Insignia of the Moorish Nation/Empire of North America (geographical location). The Great Pyramid (equilateral) is also the archaic Symbol for Civilization on the planet Earth.

(a) All honorable Moors' acknowledgement of our "Great Seal"

(b) Show cause that this Great Seal is not on the back of the one dollar Bill that in force(s) the Treaty between the Moorish and European Nation under one Government - give the Moor(s) part and partial of this said Government.

(c) Therefore We Demand our part and partial possession(s), according agreement(s) by the States/United States(s) through this accepted Conjunction(s) by Respondents or opposing parties, hereby in agreement to all Moorish American in or out of the Religious Sect.
(see: Affidavit of Michael-Dewayne: Jackson©:EL(AR) Exhibit I and J)

(66) Show Cause: that there are not over 3 Million Such UCC Filings, related to the Redemption of the Fraud of the Government Nationwide.

(67) Show Cause/Proof of Claim: that there is no such UCC Filing, i.e. Private Agreement Numbers, Hold Harmless and Indemnity Agreement Numbers, Common Law Copyright notice numbers: CR/TM/AN/CLDBA/; Filed and Recorded Under State Seal with the State of Minnesota, Secretary of State Office, Wherein a copy of said documents are the initial documents (the remedy put in place by the Moorish American People of the United States Government) to provide the Moorish American People of the United States of America Republic a way to remedy themselves of the Fraud of the Government, Some of which has been disclosed throughout this CAFV, and is the basis of the Antecedent Claim, for Per Maxim of Law on Fraud "they had to leave the people a way out, or all cover of Legitimacy."

42.

Europeans have their own (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 2381, 2383, 2384, 2385, and 2386; (10) Violations @ $250,000.00 per Violation).

(68) Show Cause: that if these documents duly filed and recorded under State Seal as stated above in Show cause / Proof of Claim 63 and 67 are Fraudulent why are they Considered Legitimate by the Secretary of the Minnesota, and the Undersigned(s) not being Prosecuted for Creating Fraudulent Document(s) / the Secretary of the State of Alabama For Allowing any official to function without Registration / OATH OF OFFICE.

(69) Show Cause: That ALL Judges and Prosecutors under CAN was not looking for the Undersigned(s) to "ACCEPT FOR VALUE" or honor the Charging Instrument / Presentment in accordance with UCC § 3-410, and due to all Court Actions Being Commercial (U.S.C.A. Title 27) and Statute being a Bond (see: BLACK'S LAW DICTIONARY 4 TH EDITION REVISED) Which is an abbreviation for "STATUTE MERCHANT" Which is the following:

• A Security for a debt acknowledged to be due, and
• A bond for Commercial Debt (See: J.H. BAKER, AN INTRODUCTION TO ENGLISH LEGAL HISTORY, 354 3rd EDITION 1990) and that the Complaint information of indictment is not a three-party draft, Commercial Paper, Under Article 3 of the UCC, and that the Judges and Prosecutors is / was Not the Drawers or Makers by their Signatures, and that the Undersigned(s), We the Moorish American People of the United States of America Republic, though not having such knowledge at the time, was / is not deemed the Securities, and the COMMERCIAL PRESENTMENTS, Was not made in accordance with UCC § 3-501(1), Presentment is Necessary to Change Secondary Parties, and because the Undersigned(s) did not know at the time, of the underlying fraud, and

43.

did not Accept the Charges of Presentment, For Value or Honor, that the Undersigned Was not deemed in dishonor;

(a) That the Undersigned Was not then deemed to be in dishonor For non-acceptance by the Judges and Prosecutors, in accordance with UCC § 3-505(c) and UCC § 3-501 (2), (A) and (b) and that the Undersigned(s) is/Was not made the Fiduciary Trustee(s) of the DEBTOR(S), Ens legis, in this Fraudulently created Capacity, Was the Undersigned(s) Was not made responsible to discharge the debt of the DEBTOR(S), Ens Legis by operation of law, Whereas the Undersigned(s) being made the Principal or Asset Holder on the Private Side of the Accounting Ledger, and

(b) That the Undersigned(s) Was/is not holding the Exemption necessary, to discharge the debt, based on the "ANTECEDENT CLAIM", Which has been "REDEEMED" via the UCC Filing referenced with to the Show Cause Order/Proof of Claim

(c) (Violation of 18 of U.S.C., Sec. 241, 242, 1001, 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386, (11) Violations @ $250,000.00 Per Violation).

(68) Show Cause/Proof of Claim: That because the Undersigned did not accept the Charges of Presentment For Value or Honor, presented by the Judge and Prosecutor under CAN, thus the Undersigned being in Dishonor, and the Court/Government not being Able to use the Undersigned(s) Exemption, at the time to pass the debt or charge, through the Account of the DEBTOR, Ens Legis, to obtain a discharge, that the Dishonor is/was not sold to the Federal Court Judgments/ Dishonor are, and thereafter Sold as Stock/Shares, Which have an extensive value per charge. (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386; (11) Violations @ $250,000.00 per violation).

· HUMAN RIGHT(S)/ PROPERTY RIGHT(S) CAN NOT BE EQUIVOCAL TO PAPER TERRORISM/ TERRORIST — SHOW CAUSE THAT WOULD NOT BE A CONSTITUTIONAL INFRINGEMENT TO ENFORCE A CRIME TO SUCH RIGHTS, PRIVILEGES, AND IMMUNITIES

44.

Conditional Acceptance For Value

(69) Show Cause / Proof of Claim: that each undersigned Cannot as the "Holder In Due Course" of the bonds (that were Fraudulently Created by all parties disclosed this far in this (CAFV), take the Information from the Circuit Court Website, as to who currently has the Bonds, and amount thereof, and Submit a "BID", "PERFORMANCE", and PAYMENT BOND", as well as an International Bill of Exchange (As Good As Aval), which is lawful, due to the United States becoming a party to the United Nations Committee on International Trade Law (UNICITRAL) in 1989, and thereof discharge the debt which was Fraudulently imposed upon every Undersigned. (Violation of 18 U.S.C., sec. 241, 242, 1001, 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386; (11) Violations @ $250,000.00 per violation).

(70) Show Cause / Proof of Claim: That every Judge and Prosecutor under CAN, did not Commit Constitutional Impermissible Misapplication of the Statutes in every Case to Work as a detriment to the Undersigned. (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386; (11) Violations @ $250,000.00 per violation).

(71) Show Cause / Proof of Claim: That the Judgment of Sentences rendered by these Judges under CAN, is not VOID From inception and as to why the Undersigned(s) Should not be released of all implications thereof immediately due to all of the Fraud underlying Such Judgment(s), VOID." (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 1951, 2381, 2383, 2384, 2385, and 2386; (11) Violations @ $250,000.00 per violation).

(72) Show Cause / Proof of Claim: That you do not have the duty and obligation to produce and provide the Undersigned(s) the Show Cause Order / Proof of Claim as Demanded, pursuant to the "Clean Hands Doctrine" and "Good Faith" dealings With each Under signed, and because Some of the Show Cause / Proof of Claim relates to Securities Fraud, Which play a part in the unlawful incarceration of each Under signed, the mandates of the Sarbanes-Oxley Act of 2002, H.R. 3763, 107th Congress Second Session, Which also apply to you

Conditional Acceptance For Value    45.

as a Judge and Prosecutor(s) of the UNITED STATES DISTRICT COURT, as with CALIFORNIA, and Others involved and Which President Bush Signed into Law to Combat among other things, Accounting and Securities Fraud. (Violation of 18 U.S.C., Sec. 1001 and 1951; (2) Violations @ $250,000.00 per Violation),

(73) Show Cause/Proof of Claim: Then when a Social Security Account Number is assigned/issued, that a Blank Bond is not issued and When each undersigned was arrested and there after imprisoned, that this Bond was not Filled out and that this Bond is not Called a "BID BOND", Standard Form 24 (SF24) and that is not prescribed by the General Service Administration (GSA), and that that this is not also referred to as a "PRISON or PENAL BOND," as well as a "CONTRACT SURETY BOND" and that a Follow-up "PERFORMANCE BOND" Standard Form 25 (SF25) and "PAYMENT BOND" standard Form 25A (SF25A) were not Filled out. (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 2381, 2383, 2384, 2385, and 2386; (10) Violation(s) @ $250,000.00 per violation per violation).

(74) Show Cause/Proof of Claim: That everything is not being run under the "LAW MERCHANT" under UCC § 1-103 (see: ALSO SECTION 1775.04 OF TITLE 17 U.S.C.A. - CORPORATIONS; THE ADMINISTRATIVE MANUL OF THE INTERNAL REVENUE SERVICE, WHEREIN UCC § 1-103 IS QUOTED AND PART OF THE CALIFORNIA REVISED CODE THAT STATES THAT "RULES OF LAW AND EQUITY, INCLUDING THE "LAW MERCHANT" ARE TO GOVERN"). (Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 2381, 2383, 2384, 2385, and 2386; (10) Violations @ $250,000.00 per violation).

(75) Show Cause: that the Moorish American National's / Moorish Science Temple of America inc. / United States of America / United States are not two different Religion Authorities over this said Government. One De jure and the Other DeFacto, Moors are the true De jure

46.

Conditional Acceptance For Value

- Moorish Science Temple of America inc. has lawful and Declaration of Divine and Lawful Charter
- Divine Constitution and By-Laws and Additional Laws
- Containing Our Nationality, Birth rights, and Divine Creed under Our Charter and under our Religion Banner of the Moorish American Flag which is our Cherry Red Flag with the 5 pointed Star of Solomon from David the King / Moroccan Flag of the True and Divine Heirs of This Said Land(s). The Green 5 points of Love, Truth, Peace, Freedom and Justice, with the (7) Circle 7 Logo of Perfected Man, of ALLAH under I.S.L.A.M.ism.

- UNITED STATES OF AMERICA was incorporated in London in 1783 The United States of America is the Territory of Great Britian (Republican v. Sweers, 1 Dallas 43; Treaty of Commerce, 8 Stat. 116; the Society for Propagating the GOSPEL & C.v. New Haven, 8 Wheat 464, Treaty of Paris (Peace), 8 Stat. 80, IRS Publication 6209, Articles of Association, October 20, 1774.)
- Without Charter
- Unlawful Christian Organization

(76) Show Cause / Proof of Claim: That all Factual information Contained Within this CAFV pertaining to this Securities/Fraud can not be retrieved from the Federal Circuit Court Website is Restricted to public Access, and that this restriction can be observed by Simply doing a computer search typing in the CUSIP, and is it not so that the Name CUSIP is not derived from the American Banking Assoication s( ABA)-Committee on Uniform Securities Identification, and that CUSIP is not the Trademark of Standard and Poor's Which operates a license

47.

Conditional Acceptance For value

agreement with the ABA and is at the same address as the Depository Trust Clearing house, which is the Clearing House for all goods, Commodities, and Securities, and is also referred to as the Global Clearing Network (GCN) and the Defined Contribution Clearance and Settlement the (DCC & S), among other names, which are the Clearing House for all the Shares and Stocks Sold through the Corrections Corporation of America and the Paine Webber Group, that of the 20 largest Companies would not be called "PRIVATE PERSON", and that this cannot also be verified under Regis Castellani's Transformation Corporation website, i.e. WWW.transnational.org/pays/usa.htm and that the London based U.B.S. Warburg Investment Banking Divison of the U.B.S., which was started /owns the Federal Reserve, which is part of the Securities Scheme, that funds the Privatized Prisons and that is one reason why the Federal Court website has a Public Access Restriction on it, and not because the Shares and Stocks, which are Supposed to be Sold to the public, are actually Sold to a Select group of Corporation, and Mortgage Backed securities as a Cover and these Select Corporations are hoarding all the Shares and Stocks so the public cannot view them via Computer search, and the American Legislative Exchange Council (ALEC), owned by Paul Weyrich of the Free Congress foundation, who bragged about helping to enact the Truth in Sentencing, and the Three Strike Laws, thereby was Creating a means to keep a steady flow of prisons within the Privatized Prison System, which is why Correction Corporation of America and Wackenhut has paid hundreds of thousands of dollars in exchange For Privileged position on the ALEC's Criminal Justice Task Force, and the General Accounting Office and General Service Administration (which are under the Comptroller of Currency), and heavily involved in the Accounting aspect of the Securities scheme, and is why they Supply all the "BID, "PERFORMANCE", and "PAYMENT BONDS." ( Violation of 18 U.S.C., Sec. 241, 242, 1001, 1621, 1622, 1951, 2381, 2383, 2384, 2385 and 2386; (11) Violations @ $250,000.00 per Violation).

(a) Show Cause: That do to damages / injuries to this Claimant By: this Agent Michael-Dewayne: family Name Jackson ® / Moorish Attribute EL© Authorized Representative, beneficial owner of JACKSON® being the in full life cestui que Sui juris, Allodial (grantee / Settler) Demand(s) the Following by failure to properly to rebut point for this said COMMERCIAL AFFIDAVIT / COMPLAINT / CAVEAT through:

• Abandonment / ForFeiture / TACIT Admission / or IN PART

• LAW OF MAXIM ALL AFFIDAVITS ARE TO BE REBUTTED POINT FOR POINT Affidavit / Complaint / Caveat /

• By any form of Rejection / or Hindering This Commercial Affidavit / Complaint / Caveat / or denial of proper Heading to the Chancery all parties agree to be Liened.

(b) This Said Claimant Michael-Dewayne: Jackson (EL) Shall receive from damage(s) and injuries under Abandonment and ForFeiture, even Tacit admission: That all parties agree to grant 50% FIFTY PERCENT OF ANY AND ALL SHARES AND STOCKS From any and all Companies engaged with my property (NO TRESPASSING ALLOWED) / Consent was not Granted by this claimant, nor Notice was given by any and all intruder(s)

• Special NOTICE and DEMAND: AFTER BEING RECEIVED BY THE CLERK: (20) Business Day(s) EXCLUDING THE 3 MAILING Day(s), any and all delay(s) are Prohibited: To this Show cause / Proof of Claim

(C) MAIL BOX RULE IS TO BE IN EFFECT AT ALL POINTS AND TIME. by Law and Fact Mailbox rule is the law of Contract and Acceptance, all in agreement without Certified Mail· This is agreed to be Special-Private and Restricted by all parties.

• By any form of Retaliatory Claims or filing or support will be accessory to these unlawly really Criminal, Criminal Activities of Conspiracy to kidnapping, Murder, Theft, RICO, Fraud, Embezzlement, Treason, Ransom(s), and the like. all retaliatory claim(s) are agreement to a waiver and LIEN OF any and all asset(s)

(77) Show Cause: that any Sheriff / Administrator's unlawful detainer(s) are legal according to being unlawful Tribunal one court(s), without being a Non-Article III Court

• all warrant(s) are non-Capias it is kidnapping (yates -v. The Village of Huffman Estate)
• without delegations of authority order(s) from Congress
• prohibited by the 10th and the 9th Amendment(s) that prohibit(s) Police powers

(78) Show cause: that it is legal For Attorney(s), Lawyer(s), and Stand by Consul / Contracted Counsel and any form of Law assistance to illegally Misrepresent any Client according this unlawful ponzi scheme (See: CJS: Corpus Juris Secundum Vol. 7, Sec. 4 Attorney and Client) provides injustice, which proves the reason(s) why prison is over crowded to the Max with Asiatic Moor(s), Mexican(s), and poor European(s).

49.

Conditional Acceptance For Value

(79) Show Cause: That the Etowah County Court(s): Circuit/District/City including Alabama Criminal Court(s) of Appeal/Alabama Supreme Court/13th District/Northern District Court of Alabama: Are not a part of this Ponzi scheme/RICO to enforce Genocide upon the So called Misnomered Moor(s) reclassified as Black by Denationalization Act(s), including Mexican(s) Etc being reclassified as latino, and European(s) reclassified as White, all of Which are Forms of Human Right(s) Violation(s) and Unlawful Processes of Genocide are to wit:

• False Education to Spread inferiority/Movie(s), to cause serious and physical and mental harm with the intent to destory, partially or entirely, a national, ethnic, racial, or religious group. to keep the Moorish people inferior under the Abuse of the Law, because they are deprived the True Identity.

• Which leads to the Denial of the equal Protection of the Law, to be

• Denied the Bill of Right(S)/Civilian Due Process/Treaty Rights/life, liberty and the pursuit of Happiness, and

• Denial of Motion(s) filed Correctly, with evidence to over turn the Case(s), guilty to proven innocent

• Unlawfull Charged from Charity from love one's, in order to Redress Grievence(s) to the government which is a First Amendment Right of the Bill of Rights which are free of all cost(s) Inmate(s) given Maxium amount of charges denied with good behavior, to prevent the Freedom(s) of the People, in order to Continue a Monopolized Control of the Trust(s), Share(s) and Stock(s), of the Original Holder(s) in Due Course of all original account(s)

(80) Show cause: that I am not allowed the following: $400,000,000,000.00 Trillion Dollar(s) in all Currencie(s) each around the World. with Swiss accounts-Credit/cash
• $700,000,000,000.00 Trillion Dollars in Euro/American Currency. per Claimant, et al through our private Trust without harm.

• Immediate Release, along with a trust Credit that reset(s) Every 24 hour(s), our Correction(s) of Status-Declaration of Status/passport/release to pay all Bill(s) through trust account(s) from our CourtHouse/Banc/Bank

• Upon our Immediate Release a full Trustee under Confidentiality in Conceal document(s)

• Before Released we Demand the Payment(s) for 25 Bed Room House(s) in each State including each Continent - With Condo Sweets/Game Room(s)/Swinging pools/pool table(s)/Bowling Alleys/Back up generator commercial one(s) to all house(s), Bullet proof automatic Vehicles of our Choice and Bomb proof, Movie theater(s), Jacuzcis, Steam Rooms, Air planes, Landing fields with hanger to stop planes, in every State/Continent, Ships/Yachts, Speed Boats, Business(s), Trailer(s) to Haul property, with 18 Wheeler(s), BAR's in each State

• All Case(s) Annihilated and removed, and to be placed on a do not detain list by all Countries

• Walk in Freezer and Walk in Cooler(s) in each House, 7 Master Bed Rooms, 18 regular Rooms 10 Full Bath Room(s)

50.

Conditional Acceptance For Value

(81) Show Cause that each (beneficiary) can not demand the Court(s)/Trustee(s) that they are suppose to put a Million up for the Bonds, because they don't have enough to enforce the Charge, it has to be a Million dollar(s) not a hundred thousand dollar(s)

• Title 26, 2032 a e 11 subsection 11: Within one year to notify us of the Claim, they are public Servant(s) if you to be a qualited heir, they are placing their Heir(s) on our Estate they are suppose to notify us of the two (2) RECEIPT(S) and the one (1) year of the discharge of the TRANSACTION of the Notifying of Maxium amount or the money order transaction or the OID 4490 Form / 3949 A FORM they suppose to have filed

• R.I.C. Federal Reserved Title 12, Sec. 4-11 subsection (c) Internal Revenue Bond: Code in guide: Bonds goes up to 10 Million dollars up to 1.5 Million dollars

(82) Show Cause that any and all Government Official(s) have an up to date filing of Registration with the Secretary of State and it must be in Sync with the Commencement of each Job, not After, specially not to cover up unlawful prosecution(s).

• All official(s) must be certified with the Following

(a) Status - in full life

(b) Bond Number(s)

(c) Insurance carriers Name(s), and Address(es), and phone Number(s)

(d) Coverage Amount(s)

• Title 15 US CODE: Failure to provide the Bond information Constitutes Corporate and limited liability Insurance Fraud.

• All Bonds must be paid at 100%, and carry over a qualified debt Collector tax Liability

Conditional Acceptance For Value    51.

(83) Show Cause that the Courts Official(s) / State / United States did not Claim / or not Claiming to Be, beneficiary / Cestui que, the Beneficiary of the NAME TRUST OWNED by this private Citizen / Land owner being the Flesh Titular, bearing Equitable Title by Nature

• Show Cause that the Signature is not our Equitable Claim(s)

• Show Cause that this Claimant / Moorish Claimant does not have a qualified heir

• Show Cause that the Prophet Noble Drew Ali of the Moorish Science Temple of America inc. is not our qualified Heir to this land

• And Show Cause that the President is not the Trustee of this said claimant to discharge all debts, and to purchase all properties desired by Demand.

• Show Cause that I didn't Create the Trust by my manifested intent, and all the records.

(a) I perfected the gift,

(b) I did the assignment,

(c) the acceptance,

(d) the non-disclaimer, and

(e) legal title transfer

(f) Show cause this is not equity on the face

(84) Show Cause that the Secretary of Treasury Department of United States was not appointed as the Receiver in the Bankruptcy

(85) Show Cause / Proof of Claim: That the "conduct of the Judges and Prosecutors on behalf of the people by the State of Alabama / Unites States as directed "Executive Act," did not in fact act on behalf of the United States Federal Government, rather than on behalf of the De jure National Government of the United States of America Republic, and that it also was not a violation of the "SEPARATION OF POWERS CLAUSES" of the United States Constitutions: (See: PEOPLE EX REL LEONARD V. PAPP, 192 N.W. 2D 693, 383 MICH. 627 (1972). (Violations of 18 of U.S.C., Sec. 241, 242, 1001, 1621, and 1951; (5) Violation(s) @ $250,000.00 per violation).

(86) Show cause / Proof of claim: That the Undersigned's rights did not exist before the origination (Creation) of the United States (See: HALE V. HENKLE, 201 U.S. 43 AT PAGE 74 (1906)). (Violation of 18 U.S.C., Sec. 1001; (1) Violation @ $250,000.00).

I.S.L.A.M.ISM, Moslem (Sheik) / minister by law of Mohammadan law / Treaty

52.

Conditional Acceptance For Value

# CAVEAT

Please understand that I / we want to resolve this matter quickly, we can only do so upon your "Official" response providing the above Show cause Order / Proof of Claim in the as to the action being lawful, proper and Constitutional.

Because the Court(s) / State of Alabama / United States / et al Respondent(s) has dealt with our Corporate Entities and not the Filed Secured party / Creditor(s) Sovereign entities and fail to Serve NOTICE that it was doing so. { See: U.C.C. § 1-201 (26) and (27) and that it be placed on "record" { See: U.C.C. § 5-102 (n); it has effectively Created a "Fault"; { See: U.C.C. § 1-201(16) as well as a breach of "good faith". { See: U.C.C. § 1-201(19). No Sanction(s) Can be imposed upon these Secured parties, however the "United States" Cause, does leave this "agrieved party / parties", opportunity to file for remedy (relief) as the Undersigned(s) may see fit. As well as the rights afforded by { See: U.C.C. 1-106 (1)(2), U.C.C. 1-201(34)(36) and the State and Federal Constitution

Therefore by us not being a Signatory to the Federal Constitution, not a party to your "Social Compact" and not being named in your Statute(s), and / or Notice of agreement between the We the Moorish American People of the United States of America Republic and European Nation / Fellow man, et al Complaint(s) and the United States with the Undersigned(s), the Undersigned(s) did not and does not understand the Nature of the Jurisdiction imposed by the United States in respect to the judgment received, or the Commerical nature of some involving Commercial paper, bonds, etc. Created by the Judges or others on request to the above Cases, Concerning all Claimants

Should you fail to prove the requested SHOWCAUSE ORDER / Proof of Claim, you would fail to state a Claim upon which relief can be granted, and you will have Stipulated to all the Facts as they operate in favor upon all of the Undersigned(s), i.e. that the Undersigned(s) is not a Signatory, nor party to the Social Compact (Supreme Constitution) of Said Constitution does not operate upon the Undersigned(s) and that all Judge(s) and Prosecutor / et al Respondent(s) For the STATE OF ALABAMA / DISTRICT / CIRCUIT of all Counties / et al all United State(s) Government official(s), under CAN, Committed Constitutional impermissible application of the Statutes / Laws in CAN, and they also agree that injury was done to every undersigned, via Misapplication of the Statutes

Conditional Acceptance For value

Malicious Prosecution(s), conspiracies, libel, slander, and Fraud, RICO, Murders, extortion, embezzlement, theft of property, Kidnapping, Denationalizations, False imprisonments. etc. and all Respondent(s) agree that the undersigned(s) is due damage via tort / Demands implemented in the Affidavit of CAFV/COMMERCIAL AFFIDAVIT / CAVEAT.

IF Respondents fail to respond and/or provide Show cause order/proof of claim to any/all Claimant/Claimant(s) Demanded request, Claims Contained herein, this will Constitute your Agreement, that any remaining judgment(s)/Monetary penalties may be "Accepted For Value" and returned For Discharge by bonds, International Bill of Exchange, Promissory Note(s), or any appropriate Commercial paper, to allow the Setoff/ adjustment and exchange of Credit / Discharge of CAN, and that the Secured Party Creditor(s), among this Letter of Trust as we the Moorish American People of the United States of America Republic©, the Authority /Authorized Representatives, and Attorney-in-Fact for all Defendant(s)/DEBTORS IN OUR ALL CAPITAL LETTERS AMENDED TO THIS LETTER OF ARTICLE 1 REDRESS OF GRIEVANCE under a Unified PRIVATE DEMAND and Suit to enforce each DEMAND REQUESTED Being Moorish American National Moslem(s)/Mexican Moor(s) Moslem(s)/European Fellow men, hereby Call(s) For the return of the Bond(s) (Bid(s), Payment(s), and Performance Bond(s) issued by the STATE OF ALABAMA and all Circuit Courts of the listed Counties AMENDED TO ALL CLAIMANT(S) SIGNATURE(S) ATTACHED AND TO BE ADDRESSED TO EACH INDIVIDUAL COUNTY THEREOF UNDER SHOW CAUSE/PROOF OF CLAIM /DISCOVERY, to all Respondent(s), operating under CAN, by agreement that I /We may proceed directly to the United States SUPREME COURT FOR ALL COMMERCIAL VESSEL(S), and all Undersigned(s) is due reparation(s) and damage(s) via TORT. Individually and all Demands Met.

We the Moorish American People of the United States(s) of America Republic© along with our European brethern will exercise our rights to verify any proof, discovery, evidence or otherwise (in the nature of our right to challenge juridiction at any time), as to the entire matter, per our rights within "the Due process of Law and therefore this private process is proper in obtaining such "evidence" and to Challenge any False Claims, Charges, or otherwise.

Conditional Acceptance For Value

Any Respondent(s) connected to any Claimant(s)/Claimant, because any and all Judges and Prosecutors are Member(s) of the Same BAR (British Accreditation Regency), having Superior knowledge of the law necessary to provide the Show Cause order/Proof of Claim Demanded herein by the Undersigned there by providing evidence that the action was lawful, proper, Constitutional, and there was no Misapplication of the Statutes, Laws, Codes, or the like, and how all Undersigned(s) can lawfully "Pay debt(s) at Law," including judgments with constitutional money and not be tricked into becoming Tort Feasor(s), by the STATE OF ALABAMA / the United States et al, all Official Respondent(s) along with their attached County and Circuit Court Judges/Prosecutors (See ARTICLE I. SECTION 10. Clause 1 of the United States Republic Constitution).

ALL Respondent(s) as any Judge/Prosecutor/President-Trustee/United States Treasury/Alabama Treasury/General Attorney/District Attorney(s)/Attorney(s)/Governor/Warden(s)/Sheriff(s)/Prison Commissioner/County Commissioners/Probate(s)/Secretary of Alabama et al not mentioned, being Attached to the Claimant/Claimant(s) Under the United States(s)/BAR, Must respond in (20) Day(s), giving (3) extra day(s) Cure the matter Providing Show Cause order/Proof of Claim both to the Undersigned and to the third-party Witnesses Addressed below, and should you go into fault, ALL Judge(s) Was given (3) extra day(s) to Cure your fault of Non-response, if any Respondent fail to Cure your fault, you will be found in default and will have established your default and dishonor of this Counter-Offer to the original offer indictment in the record.

The defaulting and dishonoring parties will be foreclosed by laches and Estoppel from Maintaining or enforcing the original offer in any Court or Administrative Unit and agree that all Undersigned(s) may exercise his exclusive remedy as to the Stipulated and agreed Upon, Misapplication of the Statute(s), Law(s), Code(s), or the like, Malicious Prosecution(s), Conspiracy(s), libel(s), Slander(s), Fraud(s) Rico(s), Murder(s), Extortion(s), Embezzlement(s), Racketeering(s), Theft of Property(s), Kidnapping(s), Denationalization(s), False Imprisonment(s), Held For Ransom(s), and other violation(s) of the United States Codes and Statutes via Maritime Action and/or Tort Such rights or obligations are Secured, preserved or denied by the Constitution to prevent such ABUSES by Goverment official(s) by their OATHS to Support said Constitution {See: 67 CJS, OFFICERS, SECTION, 46 OATHS }. The Penalty of such

55.

Conditional Acceptance for Value

Violations are defined under 18 U.S.C. 3571, and Individually listed for each { $100,000.00 } each violation or Trespass listed as a Misdemeanor, 18 U.S.C. 3571 { $250,000.00 }, for each Trespass or Violation listed as a Felony.

THE ABOVE MENTIONED IS JUST A START OF VIOLATIONS THAT ALL SECURED PARTIES HAS SUFFERED IN TIME FROM OFFICER(S), EMPLOYEES, AGENTS, ALIENS, FROM THE STATE OF ALABAMA / BAR/ AMERICAN BAR ASSOCIATION / UNITED STATES PRESIDENT / TREASURY OF UNITED STATES ET AL RESPONDENTS, THESE OF THE SAID SECURED PARTIES BY THE STATE OF CALIFORNIA HAS BEEN REDUCED TO PEONAGE AND INVOLUNTARY SERVITUDE UNDER FRAUDULENT TYRANNICAL, AND SEDITIOUS ACTIONS

ANY ACT { OR FURTHER ACTS} OF DETENTION, ARREST, INCARCERATION, OR PHYSICAL HARM TO WE THE MOORISH AMERICAN PEOPLE OF THE UNITED STATES OF AMERICA REPUBLIC AND OUR FELLOW EUROPEAN FELLOW MAN HERE AFTER IS ASSIGNED THE MAXIMUM MONETARY VALUES AS PER PRECEDENT ESTABLISHED BY { TREZEVANT- V- CITY OF TAMPA, 741 D. 2D 336 (1984)}; $250,000.00 PER 23 MINUTES PERIOD, I.E. $65.217,91 PER HOUR, PLUS PUNITIVE DAMAGES IN AMOUNT DECIDED SOLELY BY SECURED PARTY'S HEIR / HEIR(S) OR ASSIGN(S).

"SECURED PARTIES IS AUTHORIZED TO REGISTER THIS (CAFV) IN THE COMMERCIAL REGISTRY AND MAY USE CAFV AS THE SECURED PARTIES DISCRETION IN ADMINISTRATIVE OR JUDICIAL CLAIM(S) AS NECESSARY BY THE SECURED PARTIES TO OBTAIN INJURES / DAMAGES THAT WERE PERPETRATED AGAINST DEBTOR(S) AS AN AGENT OF THE UNITED STATES, THE DEFAULTING OR DISHONORING PARTIES, WILL SPEAK FOR THEIR COUNTY CIRCUITS / STATE OF ALABAMA / United State Office(s), THIS MATTER, AND BINDS THEIR NATURAL CAPACITIES of et al, all RESPONDENTS AND THEMSELVES PERSONALLY VIA THEIR BREACH OF DUTIES TO ANY AND / ALL MONETARY DAMAGES FOR THE INJURIES AS SO STIPULATED BY THEM RESPONDENT(S) et al ALL OFFICIAL(S) ADDRESSED IN THESE MERIT(S)

SILENCE CAN BE EQUATED WITH FRAUD WHERE IS A LEGAL OR MORAL DUTIES TO SPEAK OR WHERE AN INQUIRY LEFT UNANSWERED WOULD BE INTENTIONALLY MISLEADING { see: U.S.V TWELL, 550 F. 2D. 287 (1997)} NEGLECT OR REFUSE ON THE PART OF ANY JUDGES FOR JUSTICE AND / OR ANY AGENTS, ALIENS FOR THE STATE OF ALABAMA / UNITED STATES, AMENDED CIRCUIT COURTS et al RESPONDENTS ATTACHED HEREBY TO THIS TRUST / TRUST LETTER, ALL NAMES ARE GRANTED ON SPECIAL DEPOSIT FOR MY / OUR FUTURE IN TEREST IN RETURN TO ME / THEM

56.

Conditional Acceptance For Value

UNDER AMICUS CURIAE SHALL BE DEEMED KNOWINGLY AND VOLUNTARY WAIVER OF "ANY" OFFICIAL IMMUNITY {REMOVING THE CORPORATE VEIL} TO BE SUED, BY TORT/ LIEN AND AGREES TO TELL THE PUBLIC PEOPLE OF THEIR MOOR NATIONALITY, TRADING WITH THE ENEMY ACT OF 1917/ EMERGENCY BANKING RELIEF ACT OF 1933 et al ALL OFFICIAL(S), AND TELL THE PEOPLE PUBLICY HOW THEY HAVE TRICKED THEIR FAMILIES AND CAUSED MAJOR GRIEF AND SUFFERING THROUGH KIDNAPPING AND UNLAWFULLY HELD 'U.D.'; FOR RANSOM(S), LOSSING THEIR LIVES, TIME AND FAMILY MEMBERS BY THROWING INNOCENT LIVES AWAY UNDER FALSE CRIMINAL INFRACTIONS, AND THEY AGREE TO BE OUR TRUSTEE(S) UNDER A LOYAL RELATIONSHIP, INCARCERATED OR FREE, I/ WE ARE AGENT(S) FOR THE TRUSTEE(S) IS THE POSITION OF EACH CLAIMANT : IN THE PRIVATE WE ARE THE BENEFICIARY, UNDER THE RIGHT(S) OF BENEFICIAL ENJOYMENT, DEMANDING A CONDUCT, VARIANCE, AND FULL ACCOUNTING, AND WRAP UP EACH LEGACY AND WHATS ACQUIRED FROM MY/OUR ANCESTORS, AND BY LAW THIS ACCEPTED MAIL BOX RULE IS A LAWFUL DECLARATION OF THIS PUBLICATION FOR ALL NATIONAL STATUS(S) AS NATIONALITIES AND ACCPTED AS OUR PRIVATE / SOVEREIGN EXEMPTION(S) AND GRANTED FOR ALL CLAIMANT(S) CIVILIAN DUE PROCESS AND PROTECTION IN FAVOR OF OUR IMMUNITIES AND PRIVILEGES OF OUR SECURITY UNDER THE TREATIE(S) OF 1786/87/1836 /THE DECLARATION OF INDEPENDENCE BEING THE FIRST TRUST FOR WE THE MOORISH / EUROPEAN, /etc., AS THE CESTUI QUE OF THE NAME TRUST, IF ANYONE HAS A HIGHER, EQUAL, OR PRIOR CLAIM OVER THE FATHER GOD ALLAH, WILL BE INCARCERATED FOR FRAUD, PERJURY, UNDER WAIVER TO SERVE THE EQUAL TIME OF EACH CLAIMANT "BIBLE EYE FOR EYE" LAWS, UNDER WAIVER ALL ARE BOUND BY THIS AGREEMENT TO EVERY ONE INJURED IN THIS LETTER/ TRUST/ WRIT OF DEMAND, TO SUBSTITUTE ALL TRUSTEE(S) AND SHOW CAUSE, THAT EACH CLAIMANT CAN NOT BE SHOWN HOW TO ACCESS AND MAINTAIN OUR TRUST. THE TRUSTEE AGREES TO KEEP THE CHECK(S) IN THE TRUST. CO-MINGLING IS A MAJOR BREACH OF TRUST, WE DECLARE BY DEMAND:

Car(s) of our Choice, Homes of our Choice 25 Bed Room(s) 7 Master Bed Room(s), Game Room Build with Bowling Alley's, Movie Theater(s), Weight Room(s), Steam Room(s), Pass Ports, Credit Card(s) That Rest every 24-Hour(s), Status; Correction (s), Release, All Bills Are To Be Paid By Declaration(s) and Release, For Bill Companies To THE COURT HOUSE/ BANC/ BANK of Each Claimant. $ 700,000,000,000. 00, Trillion Dollars in United States currency And Euro / $ 400,000,000,000.00 Four Hundred Trillion Dollars in All Foreign Currencies With Seven Trillion Dollars In SWISS AND MALTA ACCOUNTS CASH/ CREDIT CARD(S), WITH Home(s) 25 Bed Room(s) And Condo(s) In Every State / Continent States with Commercial Generator(s), Swimming Pool Inside And Out With Tempature Adjusters, Walk In Freezers, Walk In Coolers, Walk In Closet(s), Plane(s) With Landing Ports With Hanger(s), Baby Pools and Adults with Tempature Adjusters, Jacuzci's, Yacht(s) 483 Feet, Ship(s) Brand New, Everything Brand New The Latest of The Latest

Farm Land(s) in all States Nation Wide. With a Thousand Acres, Chicken Houses, a Thousand Cows, and a Hundred Bulls, Fish Ponds, Lobster Ponds, Banks, Shrimp Ponds, etc Sea Food(s) product(s). Grocery Stores In Every State, Ware House(s) In Every State Nation Wide, Water Line(s) To All properties With Septic Tanks, And Under Ground Power/ A Fleet of Trailer Truck(s) /18 Wheeler(s) /10 Fork Lifts to every Ware House In Every State/Continent. Every Claimant Shall have an Dynasty Trust/ Revokable Trust/ Irrevokable Trust inside the Dynasty to Protect all asset(s) /10 Company Cars per Business/Ware House/ Satellites /Radio Stations/News Stations/ NewsPress /T.V., Stations/ Gas Stations /Marijuna Fields /Dispensaries/WareHouses In Every State and States of Every Continent, 50% of Black Rock, CCA, DTC, Nasdaq. Nasd, Gold Mining companies, Diamond companies, Steel companies, Copper Companies, Construction companies, Hospital(s) and Schools/Universities, 50% of Publish Clearing House, 50% B.T.C., mining Companies, Businesse(s) In each State/Continent, Unlimited Office Supplies, Colonies and A National Temple in every State that are to be a Thousand Acres of Productive Land In All States/Continents, ALL TRUSTEE(S) AGREE TO BE COMMERCIALLY LIENED UNTIL INJURED CLAIMANT(S) IS SATISFIED, AND PROPERTY MUST HAVE ORIGINAL TITLE(S)/ALL CLEAN TITLE(S) / Possession of All Mineral Rights /And to Be in Possessions As ABOVE AS SO BELOW -NO AIR Planes Allowed to Fly Over Any Colony - Remember The TULSA BOMBING.

Do To Said Injuries and Damages, I, Demand from every Company that has used my property without my Consent to Steal from this Claimant, Which the THIRD PARTY INTERVENER IS ACCUATE AND PERCISE AND OPPOSING ALL COLORABLE TITLES BEING A FALSE POSSESSION OF ETOWAH COUNTY / DOJ / PROBATE ADMINISTRATION/ ACCOUNTANT/ SECRETARY OF STATE /GOVERNOR /ALABAMA CRIMINAL COURT OF APPEAL(S) et al Respondent(s)

I Hereby Demand 50% FIFTY PERCENT OF ALL SHARES AND STOCKS BY EVERY Company that has USED ANY OF THE NAME TRUST/SOCIAL SECURITY NUMBER ACCOUNT/CUSIP/AUTOtri's 417179648/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/ et al 9648/AIS# 205687 of the Undersigned, Under False Abandonment, Forfeiture / Tacit Admission, Any And All ACCESSORY-SHIP(S) Waives Any Possession of 50% In Their Stock(s) and Share(s) /Companies To: Michael-Dewayne: Family NAME JACKSON®-Moorish Attribute E℗ Authorized Representative-Agent/beneficial owner of JACKSON, MICHAEL DEWAYNE® and any derivatives that refer(s) to my Property: DEBTOR/ STRAW MAN to all CAVEAT ACTOR(S) are all Under/ understand to submit to the Authority of this Caveat. i.e. President(s) /President(s) and owners of any and all Companies Equifax, Black Rock, Experian, TransUnion, Lexis-Nexis. Etc.

Conditional Acceptance For value          58.

That has BARTERED AND TRADED JACKSON, MICHAEL DEWAYNE / AIS # 00205687 / 417-179648 / 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 / Case Associated No. CC-19-000992.00; et al 9648 Criminal Case(s) / Account(s) / And the Surrender of All Private Prison Land(s) by Private owner(s) Past and Present, Agree By Accessory To Aid and Abet, to Kidnapping Institutional Slavery, Murder(s), Rape, Police Abuse, Human(s) and Organ Trafficking, Terrorist Attacks, etc. and all et al Respondent(s) Accessory To Human Right(s) Violation(s) on a International level In Violations of Rights of Indigenous Peoples on a International Grand Scale of Genocide, by unlawful Imprisonment by Fraudulent Contract(s) UNDER THIS SHOW CAUSE ORDER / PROOF OF CLAIM / CAVEAT: IT WILL BE ONLY TRESPASSING TO ANY AND ALL PROPER PROPERTY RIGHT(S) AND NO ONE CANNOT TRESPASS ON IT AND ALL RESPONDENT(S) AGREE THAT I OWN IT / ANY ALL PROPERTIES CLAIMED BY THIS CLAIMANT: Michael-Dewayne:  Jackson: EL (AR) Agent / beneficial owner / Holder-in-Due Course

# A C K N O W L E D G E M E N T

In Compliance with Title 28 U.S.C., § 1746 (1), and executed WITHOUT the UNITED STATES, I / We Affirm Under the Penalties of Perjury, and to the laws of the De jure United States of America Republic, that the foregoing is true, Correct and Complete to the best of my / our belief and informed knowledge, and Further the Deponent saith not. We now Affix our Signature(s) and Official Seal to the Above Document(s) Within EXPLICIT RESERVATION OF ALL OUR UNALIENABLE RIGHTS, WITHOUT PREJUDICE TO ANY OF THOSE RIGHT(S), in Compliance with U.C.C. § 1-207/308.

59.

Conditional Acceptance For Value

# WITNESSES

We the Undersigned(s) Witnesses hereby STAND and ATTEST That EVERY CLAIMANT,
Signed This document on this 16 OF Feburary 2026, on his own
Free Will by our Signature(s) below

First Witness / Address:
By: Frederick Knight: Bey(Ae)
c/o Limestone Correctional Facility
28779 Nick Davis Road, Harvest, AL 35749

Second Witness / Address: © (AR)
By: Broderick McCants Jr.: EL
c/o Limestone Correctional Facility
28779 Nick Davis Road Harvest, AL 35749

By: Michael-Dewayne: JACKSON: EL (AR) DBA
JACKSON, MICHAEL DEWAYNE indorsed by grantee/agent
(good as aval) beneficial owner private Citizen without prejudice
Michael-Dewayne — JACKSON: EL
Authorized Agent of the Secured Party/Creditor
We the Moorish American People of the United States of American Republic
Authorized Representative For And in Behalf OF
JACKSON, MICHAEL DEWAYNE ®
Without Prejudice

CC: Personal File
File Holder of Secured Party
Court Clerk

60

Conditional Acceptance For Value

IN THE UNITED STATES dISTRICT COURT
FOR: THE NORTHERN dISTRICT of ALABAMA

WE THE MOORISH AMERICAN PEOPLE OF THE UNITED STATES OF
AMERICA REPUBLIC
AND

THE EUROPEAN PEOPLE OF THE UNITED STATES OF AMERICA REPUBLIC

Michael-Dewayne: Jackson :EL (AR), Sui juris
DBA JACKSON, MICHAEL DEWAYNE indorsed, by
Agent/grantee of DEBTOR/DEFENDANT/AIS#
205687/000992.00 CC-19/AFFIANT/third party
intervener/et al claimant(s)

V.

Special, private, Restricted
Exclusive Equity
Case No. _____

. Donald J. Trump dba President/Head Trustee;
et al Secretary of Treasury of the United States
et al Defendant(s)

NOTICE TO PRINCIPAL IS NOTICE TO AGENT/
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

AFFIDAVIT OF Michael-Dewayne: Jackson:EL(AR) sui juris

1. I the Agent/private Citizen/Cestuique-Moorish American National
private Sovereign American Citizen: Michael-Dewayne: Jackson:EL
Authorized Representative Sui juris, Indigenous/Aboriginal to Amexem/
NORTH GATE/Northwest Africa/North Americas/Maghrib of the Moroccan
Empire, pursuant to 28 U.S.C. § 1746, hereby make the following Affidavit/
Declaration under penalty of perjury, and declare that the Statements made
below are true and correct and state as follow: all under Show cause order
to be rebutted not to be the truth/that the Bible is not the infrastructure of the United States
being a christian society/christian Non-profitable organization and the State of Alabama being
its subsidiary

Conditional Acceptance For Value        1

2. I am the Flesh being, owner of my Name: Michael ~Dewayne: Family Name Jackson ©, Moorish Attribute: EL© Authorized Representative, Sui juris, Allodial, grantee/beneficial owner by Equitable Title by Nature of any and all properties connected to JACKSON, MICHAEL DEWAYNE, SHOW CAUSE I AM NOT, IT MUST BE DONE IN 7DAYS, UNDER THE PENALTY OF PERJURY, IF NOT The Interest In the private holds unfettered, and I have perfected the title and the Judge is the witness.

• I am over the age of eighteen (18) years old, and I have personal knowledge being competent of the information contained in this Affidavit/Declaration

3. The Foundation of the Uniform Commercial Code (UCC): is Commercial law. The Foundation of Commercial law is based upon Certain Universal, eternally, Just, valid, Moral precepts and truths. The basis of Commercial law is the law's of Exdus of the OLD TESTAMENT (i.e. Bible - The 10 Commandments), and the Judaic Orthodox Hebrew/Lot/Moabite -Commercial Law of Moses. The law of Commerce unchanged for at least six thousand years, From the Western Civilization, if not all nation(s) of the World. Commercial law is "NON-JUDICIAL". It is prior to, Superior to, and the basis of Land cannot be set aside or over ruled by] the Statutes of any form of Government, Legislature, governmental, State(s), or quasi-governmental (police powers), all of judges/Administrators, and law enforcement agencies (police powers), all of which are under an inherent obligation to uphold Said Commercial law.

4. Commercial law is a "War of Truth" expressed in the form of an intellectual weapon called an Affidavit. An Affidavit is simply a written list of Facts, or truths, Signed under the penalty of perjury, and usually notarized, the person making and signing an Affidavit is called the "Affiant." It is "survival" of the "Fittest" where the last unrebutted Affidavit stands Triumphant as the Truth. According to Most Favored Nation Clause the Maxim: OMNIS NOVA CONSTITUTIO FUTURIS FORMAM IMPONERE DEBT, NON PRÆTERITIS: EVERY NEW STATUTE OUGHT TO PRESCRIBE A FORM TO FUTURE, NOT TO PAST, ACTS: (See: Attached Exhibits "A - G".)

• "Since and unconstitutional law is void, the general principles follow that it imposes no duties, bestows no power, or authority on anyone, affords no protection confers no rights, creates no office. No one is bound to obey an unconstitutional law and no courts and justifies no acts performed under it... No one is bound to obey an unconstitutional law and no courts are bound to enforce it" 16 Am Jur 2nd §177 - Show cause the following is not true

" The general rule is that an unconstitutional act of the Legislature protects no one. It is said that all persons are presumed to know the law, meaning that ignorance of the law excuses no one; if any person acts under an unconstitutional Statute, he does so at his peril and must take the Consequences." 16 AM Jur 2d §178 - Show cause the following is not true

2.

Coditional Acceptance For value

5. MoreOver, the 10 Maxims of Commercial Law, that is to wit:

1. "A Workman is Worthy of his hire"- Exodus 20:15, Lev. 19:13. Matt. 10:10, Luke 10:7, II Tim. 2:6 ("It is against equity for freemen not to have free disposal of their own property.").

2. "Are equal under the law,- "Exodus 21:23-25; Lev. 24:17-21; Deut. 1:17, 19:21; Matt. 22:36-40; Luke 10:17; Col. 3:25. ("No one is above the law." a Commerce, by the law of Nations, ought to be Common, and not be Converted into a Monopoly for the private gain of a few.").

3. "In Commerce, Truth is Sovereign - "Exodus 20:16; Psalm 17:2, John 8:32; II Cor. 13:8. ("To lie is to go against the Mind", Oriental Proverb: Of all that is good, sublimity is Supreme.").

4. "Truth is expressed in the Form of an Affidavit." Lev. 5:4-5; Lev. 6:3-5; Lev. 19:11-13; Num. 30:2; Matt. 5:33; James 5:12.

5. "An unrebutted Affidavit Stands as truth in Commerce." I Pet. 1:25; Heb. 6:13-15.("He who does not deny, admits

6. "An unrebutted Affidavit becomes Judgment in Commerce."Heb. 6:16-17.(any proceedings in Court, tribunal, or ARBITRATION Forum Consists of a Contest or "duel" of Commercial Affidavit wherein the remaining points not rebutted in the end Stand as the Truth of the Matters to which the judgment of law is applied.).

7. "A Matter must be express to be resolved."- Heb. 4:16; Phil. 4:5; Eph. 6:19-21. ("He who fails to assert his rights has none.").

8. "He who leaves the field of battle First (does not respond to the Affidavit) loses by default."- Job; Matt. 10:22. ("He who does not repel a wrong when he can, occasions it.");

9. "Sarifice is the Measure of Credibility."-Acts 7, life/death of Stephen

3.

Conditional Acceptance For Value

*(He who bears the burden ought to drive the benefit.") — one who is not damaged, put at risk, or willing to swear an oath on his commercial liability, for the truth of his statements, and the legitimacy of his actions, has no basis to assert charges or claims, and forfeits all credibility and right to authority. By show cause order / Proof of Claim, and must abandon all Estate(s) of Governmental position(s) Without Full Rebuttal and leave Americas by Agreement

10. "Alien or Claim can be Satisfied only through (a) rebuttal by Counter Affidavit point by point; (b) resolution by a jury; or (c) payment or performance of the Claim."-Gen. 2-3; Matt. 4; Revelation. ("If the Plaintiff Fails to prove his case, the defendant is absolved.")

11. Being that the original title was not perfected, that leaves it open for anyone to claim that is why it is Called Shadow Title, Marketable Securities, Mortgage —backed; Securities, Marketable, that is why the Birth Certificate is a Security, on Security paper and also the SSI-Card, on Security Paper. They are unperfected Proof is irrelevant. I am not insinuating anything more then what I'm releasing, I have accepted and I Convey my interest in the above Statements / Recorded Truth under Affidavit, (a) Maxims of the Affidavit are enforceable Truth.

12. We've had our our meeting of the minds. Therefore, I am Demanding the Chain of Title / Chain of Title to America back to the Lawful Moorish Heirs under the Order(s) of Prophet Noble Drew Ali: OUR AUTHORITY Page 579 State of ILLINOIS, Cook County ss NO. 1010 5905, 1928 / ILLINOIS LAND ESTATE TRUST Bk. 10th Ed./

The above statements are true and based upon my personal knowledge and expertise to which I am competent to testify at trial I declare, certify, verify, and State under penalty of perjury under the laws the Treaty / Laws of United States of America Republic that the foregoing is true and correct.

By: Michael-Dewayne: Jackson © iELARA
DBA JACKSON, MICHAEL DEWAYNE Indorsed
by grantee/agent beneficial owner without prejudice
28 U.S.C. § 1746 (1)

beneficial owner / grantee / Agent
Sui juris, private Citizen, Moorish American
National private Sovereign American Citizen,
Indigenous, Aboriginal, to Amexem / North Gate /
Northwest Africa / North America / Maghrib of
the Moroccan Empire [ we the Moorish American
People of the United States of America Republic
UCC 1-207/308 without prejudice

2-16-26
Date

CC: Personal File
File Holder of Secured party
Court Clerk

4

Conditional Acceptance For Value

# PUBLIC ACT 386

## HOUSE BILL 95

*2022 Al. ALS 386;   2022 Ala. Acts 386;   2022 Al. Pub. Act 386;   2022 Al. HB 95;*

**SYNOPSIS:**

AN ACT Relating to court-imposed fines, fees, and costs; to provide for a grace period for payment of fines, fees, and costs upon release from physical custody.

## BE IT ENACTED BY THE LEGISLATURE OF ALABAMA:

**Section 1.**

(a) During the 180-day period immediately after an inmate is released from the physical custody of the Alabama Department of Corrections, he or she shall not be required to pay any outstanding court-assessed fines, fees, or costs.

(b) Within 30 days of release from physical custody, an inmate shall contact the clerk of the court in the jurisdiction or jurisdictions in which he or she has financial obligations and shall enter into a repayment agreement for outstanding court-assessed fines, fees, or costs.

(c) Persons in the physical custody of the Alabama Department of Corrections shall not be required to pay any outstanding court-assessed fines, fees, or costs while incarcerated. This subsection shall not apply to an individual who has been sentenced to a community corrections punishment authority or community corrections program.

(d) This section shall not apply to any restitution owed to a victim or any supervision fees assessed as a condition of release from physical custody.

**Section 2.**

This act shall become effective on the first day of the third month following its passage and approval by the Governor, or its otherwise becoming law.

Enacted April 14, 2022
Approved by the Governor April 14, 2022
Effective date:  July 1, 2022

# PUBLIC ACT 387

## HOUSE BILL 414

ALALS                                                          1'

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Exhibit-B



# Treaty of Peace & Friendship
# 1787
# Between Morocco and The United States

To all persons to whom these presents shall come or be made known- Whereas the United States of America in Congress assembled by their Commission bearing date the twelfth day of May One Thousand, Seven-Hundred and Eighty-Four thought proper to constitute John Adams, Benjamin Franklin and Thomas Jefferson their Ministers Plenipotentiary, giving to them or a Majority of them full powers to confer, treat & negotiate with the Ambassador, Minister or Commissioner of His Majesty the Emperor of Morocco concerning a Treaty of Amity and Commerce, to make & receive propositions for such Treaty and to conclude and sign the same, transmitting to the United States in Congress assembled for their final Ratification.

And by one other commission bearing date the Eleventh day of March One-Thousand Seven-Hundred & Eighty-five did further empower the said Ministers Plenipotentiary or a Majority of them, by writing under the hands and Seals to appoint such agent in the said business as they might think proper with authority under the directions and instruction of the said Ministers to commence & prosecute the said Negotiations & Conferences for the said Treaty provided that the said Treaty should be signed by Ministers: And Whereas, We the said John Adams & Thomas Jefferson two of the said Ministers Plenipotentiary (the said Benjamin Franklin being absent) by writing under the Hand and Seal of the said John Adams at London, October fifth, One-thousand Seven-Hundred and Eighty-five, & of the said Thomas Jefferson at Paris October the Eleventh of the same year, did appoint Thomas Barclay, Agent in the business aforesaid, giving him the powers therein, which by the said second commission we were authorized go give, and the said Thomas Barclay in pursuance thereof, bath arranged Articles for a Treaty of Amity and Commerce between the United States of America and His Majesty the Emperor of Morocco & sealed with His Royal Seal, being translated into the language of said United States of America, together with the Attestations thereto annexed are in the following words, To Wit:

In the name of Almighty God.

This is a Treaty of Peace and Friendship established between us and the United States of America, which is confirmed, and which we have ordered to be written in the Book and sealed with our Royal Seal at our Court of Morocco in the Twenty-Fifth day of the blessed month of Sha-



## ADDITIONAL ARTICLE

Grace to the only God.

I, the under-written, the servant of God, Taher Ben Abdelkack Fennish, do certify, that His Imperial Majesty, my master, *(whom God preserve)*, having concluded a treaty of peace and commerce with the United States of America, has ordered me, the better to complete, it, and in addition of the tenth article of the treaty, to declare, "That if any vessel belonging to the United States, shall be in any of the ports of his Majesty's dominions, or within gun-shot of his forts, she shall be protected as much as possible; and no vessel whatever, belonging either to Moorish or Christian Powers, with whom the United States may be at war, shall be permitted to follow or engage her, as we now deem the citizens of America our good friends."

And, in obedience to this Majesty's commands, I certify this declaration, by putting my hand and seal to it, on the eighteenth day of Ramadan, (a) in the year one thousand two hundred.

The servant of the King, my master, whom God preserve.

TAHER BEN ABDELKACK FENNISH.

I do certify that the above is a true copy of the translation made at Morocco, by Isaac Cordoza Nunez, interpreter, of a declaration made and signed by Sidi Hage Taher Fennish, in addition to the treaty between the Emperor of Morocco and the United States of America, which declaration the said Taher Fennish made by the express directions of his Majesty.

THOMAS BARCLAY.

## TREATY WITH MOROCCO. 1787

Now, KNOW YE, That we, the said John Adams and Thomas Jefferson, Ministers Plenipotentiary aforesaid, do approve and conclude the said treaty, and every article and clause therein contained, reserving the same nevertheless to the Untied States in Congress assembled, for their final ratification.

In testimony whereof, we have signed the same with our names and seals, at the places of our respective residence, and at the dates expressed under our signatures respectively.

JOHN ADAMS,        (L.S.)
*London, January 25th, 1787.*

THOMAS JEFFERSON,        (L.S.)
*Paris, January 1st, 1787.*

Exhibit - D    PRISONER RELIEF

## Statues at Large: Volume 1 Stat 561

### CHAP. XLIX. - An Act providing for the Relief of persons imprisoned for Debt's due to the United States.

Section 1. Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That any person imprisoned upon execution issuing from Any Court of the United States, for a debt due to the United States, which he shall be unable to pay, may, at any time after commitment, make application, in writing, to the Secretary of the Treasury, stating the circumstances of his case, and his inability to discharge the debt; and it shall thereupon be lawful for the said Secretary to make, or require to be made, an examination and inquiry into the circumstances of the debtor, either by the oath or affirmation of the debtor, (which the said secretary, or any other person by him specially appointed, are hereby authorized to administer) or otherwise, as the said secretary shall deem necessary and expedient, to ascertain the truth ; and upon proof being made to his satisfaction, that such debtor is unable to pay the debt for which he is imprisoned, and that he bath not concealed, or made any conveyance of his estate, in trust, for himself or with an intent to defraud the United States or deprive them of their legal priority, the said secretary is hereby authorized to receive from such debtor, any deed, assignment, or conveyance of the real or personal estate of such debtor, if any he hath, or any collateral security to the use of the United States; and upon a compliance by the debtor, with such terms and conditions as the said secretary may judge reasonable and proper, under all the circumstances of the case, it shall be lawful for the said secretary to issue his order, under his hand, to the keeper of the prison, directing him to discharge such debtor from his imprisonment under such execution, and he shall be accordingly discharged, and shall not be liable to be imprisoned again for the said debt; but the judgment shall remain good and sufficient in law, and may be satisfied out of any estate which may then, or at any time afterwards, belong to the debtor.

Sec. 2: And be it further enacted. That if any person shall falsely take an oath or affirmation under this act, he shall be deemed guilty of perjury, and be subject to the pains and penalties provided in the third section of an act, intituled "An act for the relief of persons imprisoned for debt."

Sec. 3: And be it further enacted. That the benefit of this act shall not be extended to any person imprisoned for any fine, forfeiture or penalty, incurred by a breach of any law of the United States, or for monies had and received by any officer, agent, or other person, for their use. APPROVED, June 6, 1798.

Exhibit-E

1933 - LEGISLATIVE JOURNAL - HOUSE - PAGE 5759

## RESOLUTION No. 75

Mr. WITKIN, Mr. Speaker, I desire at this time to call up Resolution No. 75, Printer's No. 1034.

The Resolution was read by the Clerk as follows:

In the House of Representatives, April 17, 1933. Many sons and daughters of that proud and handsome race which inspired the architecture of Northern Africa and carried
into Spain the influence of its artistic temperaments have become citizens of this Nation.
In the City of Philadelphia there exists a Moorish-American Society made up of Moors who have found here the end of their quest for a home and of the children of those who journeyed here from the plains of Morocco.

This Society has done much to bring about a thorough absorption by these people of those principles which are necessary to make them good American citizens. These Moorish-Americans have since being here missed the use of the titles and name annexations that were so familiar at home and which are used in accordance with the doctrines of the religious faith to which they are adherents therefore be it, Resolved That this House commends the Moorish-American Society of Philadelphia for the efficient service it has rendered the Nation in bringing about a speedy and thorough Americanization of these former Moors and that in accordance with the fullest right of religious independence guaranteed every citizen we recognize also the right of these people to use the name affixes El or Ali or Bey or any other prefix or suffix to which they have heretofore been accustomed to use or which they may hereafter acquire the right to use.

On the question, Will the House Adopt the resolution?

It was Adopted May 4, 1933

EXHIBIT(F)

Accepted by Adjoining (Republic) Doc/United States of America Republic always
in Honor of Our "NATIONALITY/BIRTHRIGHT(S) AND DIVINE CREED – ISLAMISM"
Associated and submitted under Affirmation of Authority-under the Treaties/
United States Republic Constitution/1st Amendment of the Bill of Rights (Freedom
From/of Compelled Association/Non-TAX OBLIGATORY/ABORIGINAL/
INDIGENOUS-TITLE(S)-EL'S and BEY'S-under the House of Representatives
Resolution No. 75, as a fact and Partial of this Said Government under
Act 6 of the Moorish, Science Temple of America. "DIVINE CONSTITUTION"
AND BY-LAWS, Documented and Declared as the Lawful and De jure Government
established in Chicago IL 60637. By: Founder-Noble Drew Ali-part and partial
of this Said government (USC Title 18, part Chapter 1 §.) (see Exhibit 'I.')
in law in fact being in Conjunction under our Affirmation of Authority
of this Said Government (Moorish American Government) being the true
De jure our Authority Page 574 State of Illinois, Cook County No. 1010505
1928 AUG. 1 PM 252. inalienable Right(s)/Expatriation Act/Statute
(See Exhibit 'K.')

I/we Declare:
Moorish American Credentials
USC Codes (United States Codes.)
TITLE 141, Chapter 2, Section 141.
143 (A) Citizen with a Permanent
(Character) By: President Eisenhower
1956.

NOBLE DREW ALI, The Prophet
Home Office: 2905 5th Street S.E. Washington, D.C. 20032
This is your Nationality and Identification Card for the Moorish
Science Temple of America, all the Divine Birthrights for the Moorish
Americans, etc. We honor all the Divine Prophets: Jesus,
Mohammed, Buddah and Confucius. May the blessings of the
God of our Father, Allah, and be upon you that carry this card. I do
hereby declare that you are a Moslem under the Divine Laws
of the Holy Koran of Mecca. Love, Truth, Peace, Freedom and
Justice.
I AM A CITIZEN OF THE U.S.A.

I AM    ALLAH    UNITY

Exhibit "G"

Corpus Juris Secundum

Section 16, Page 892:

FACT OF DEATH: Death of the person on whose estate administration is sought is a jurisdiction requisite; and while the presumption of death arising from absence may present a prima facie case sufficient to warrant a grant of administration, yet if it subsequently develops that such person was in fact alive, the administration is **void**.

While it is true that the presumption of death arising from a person's absence, unheard from, for a considerable length of time, see "Death Section 6", may present a prima facie case sufficient to warrant a grant of administration on his estate, the arising of such presumption does not take the case out of the operation of the general rule on the subject, and if it is made to appear that the person was in fact alive at the time such administration was granted, the administration is absolutely void. Although, that payment to an administrator of an absentee who is not in fact dead is no defense against the absentee or his legal representative, nor are costs and disbursement incurred by such administrator a legal charge against the absentee or his property; but where the administrator has paid debts of the absentee, he is subrogated to the rights of the creditors whom he has paid. It has been considered, however, that the invalidity of the administration does not relate back, but that it is invalid only the time when the presumption of death is rebutted.

# THE CODE OF THE LAWS

Exhibit "H"

## OF THE

# UNITED STATES OF AMERICA

## OF A GENERAL AND PERMANENT CHARACTER

### IN FORCE

# JANUARY 3, 1935

## 1934 EDITION

CONSOLIDATED. CODIFIED. SET FORTH. AND PUBLISHED IN 1935
IN THE ONE HUNDRED AND FIFTY NINTH YEAR
OF THE REPUBLIC

[WITH ANCILLARIES AND INDEX]

---

**Note:** **Treatise and Commentary by Bro. Taj Tarik Bey,
Moors Order Of The Roundtable
FOR INSTRUCTIONAL PURPOSES ONLY**

Charles Mosley Bey Ph.D., L.L.D, a 3rd, 33rd, 360 degree Master
Mason, Free Moorish Master Astrologer and Moorish Constitution
Law Giver (Isonimi) has copyright certificates registered in the United States
Department of Justice under Truth A1-Library of Congress Copyright Office -
which reveal. At law, the conditions of Intercourse between the Indigenous
Moors and the occupational European Nations, with whom the Moors have
Treaties. This affirms the pre - existing **Status** of the Moors in all matters of
Interchange, Commerce and Law with the European side of the Nation.
The specific Copyright certificate of note: **Clock of Destiny** Moorish
American Nationality Card of Identification, with Zodiac Constitution,
has:

\* REGISTRATION NO. AA222141 CLASS A \*

THIS NUMBER REFERS TO:
THE CODE OF THE LAWS OF THE UNITED STATES OF AMERICA
OF A GENERAL AND PERMANENT CHARACTER
IN FORCE JANUARY 3, 1935    1934 EDITION
Title 22:  Chapter 2:  Section 141
TITLE 22:  FOREIGN RELATIONS AND INTERCOURSE PAGE  954
**Chapter 2:    Consular Courts**
Section 141:  **Judicial authority generally.** To carry into full effect the
provisions of the treaties of the United States with certain foreign countries.

Exhibit-"I"          **C.M. Bey's Copyright Certificate AA222141 refers to:**

## TITLE 22. FOREIGN RELATIONS AND INTERCOURSE PAGE 954
### Chapter 2:   Consular Courts

Section 141. **Judicial authority generally.** To carry into full effect the provisions of the treaties of the United States with certain foreign countries, the **ministers and consuls** of the United States in China, Siam, Turkey, Morocco, Muscat, Abyssinia, Persia, **and the territories formerly a part of the former Ottoman Empire including Egypt**, duly appointed to reside therein, shall, in addition to other powers and duties imposed upon them, respectively, by the provisions of such treaties, respectively, be invested with judicial authority described in this chapter, which shall appertain to the office of minister and consul, and be a part of the duties belonging thereto, wherein, and so far as, the same is allowed by treaty, and in accordance with the usages of the countries in their intercourse with the Franks or other "foreign" Christian nations. (R. S. §§ 4083, 4125, 4126, 4127; June 14, 1878, c. 193, 20 Stat. 131.) R. S. § 4083 from Act June 22, 1860, c. 179, § 1, 12 Stat. 72; Act July 28, 1866, c. 296, § 11, 14 Stat. 322; Act July 1, 1870, c. 194, § 1, 16 Stat. 183. R. S. § 4125 from act June 22, 1860, c. 179, § 21, 12 Stat. 76. R. S. § 4126 from Act June 22, 1860, c. 179, § 28, 12 Stat. 78. R. S. § 4127 from Act June 22, 1860, c. 179, § 29, 12 Stat. 78. United States Court for China, see chapter 3 of this title.

---

5          Commentary by Taj Tarik Bey:  Moorish Americans should refer to the Treaty of Peace and Friendship of 1787, the Moorish Zodiac Great Seal Constitution and the United States of America Constitution, Article VI Special attention!  E x c e r p t s :  AA 222141 - 142 and 143

### Title 22  Chapter 2  Section 142
### General jurisdiction in Criminal cases.

"The officers mentioned in Section 141 of this title are fully empowered to arraign and try, in the manner provided for in this chapter, all citizens of the United States charged with offenses against the law, committed in such countries, respectively; and to sentence such offenders in the manner in this chapter authorized; and each of them is authorized to issue such processes as are suitable and necessary to carry this authority into execution. (R. S. § 4084.)

### Title 22  Chapter 2  Section 143
### General jurisdiction in Civil cases.

Such officers are also invested with all the judicial authority necessary to execute the provisions of such treaties, respectively, in regard to civil rights, whether of property or person; and they shall entertain jurisdiction in matters of contract, at the port where, or nearest to which, it was to be executed, and in all other matters, at the port where, or nearest to which the damage complained of was sustained, provided such port be one of the ports at which the United States are represented by consuls. Such jurisdiction shall embrace all controversies between citizens of the United States, or others, provided for by such treaties, respectively. (R. S. § 4085.)

# Moorish Science Temple of America, Inc.

SALVATION



UNITY

PROPHET NOBLE DREW ALI, FOUNDER

Exhibit - "J"

## INSTITUTIONAL MISSIONS
### AFFIRMATION of AUTHORITY

Our corporate religious authority is to propogate the faith and extend the learning and truth of the Holy and Divine religion of ISLAMISM established by the GREAT PROPHET of ALI in America in 1913 A.D. incorporated in the state of IL. JULY 20, 1928 according to the divine laws of the MOORISH SCIENCE TEMPLE of AMERICA INC.

The purpose of this divine ministry is for the uplifting of fallen humanity and to teach those things necessary to make better citizens of men and women, through the cardinal principles of LOVE, TRUTH, PEACE and FREEDOM by those who are duly and lawfully qualified by the GRAND BODY of the MOORISH SCIENCE TEMPLE of AMERICA INC.

This INSTITUTIONAL MISSIONARY of

Limestone Correctional Facility

HARVEst                    ALABAMA  35749
City of                    State of

do hereby pledge to act at all times in obediance to the commands and edicts of the divine laws of the MOORISH SCIENCE TEMPLE of AMERICA INC. in conjunction to the laws of this said government. When the principles are violated JUSTICE must take its course. We are not to cause any confusion, for we are for PEACE and will obey the laws hereby. Violation of law may cause heavy restriction, suspension, or denial by the GRAND BODY of the MOORISH SCIENCE TEMPLE of AMERICA INC.

In Testimony whereof I have hereunto subscibed my name and affixed the SEAL of the MOORISH SCIENCE TEMPLE of AMERICA INC. this 28ᵗʰ day of MARCh.        A.D. 2020

Attest _____ R G.S./M.S.T. of A. Inc.

Bro. R. Jones-Bey, Grand Sheik of the Moorish Science Temple of America Inc.

Exhibit-K

Salvation                    Our God                    Unity

          

# The Moorish Science Temple
## OF AMERICA

# The Divine Constitution and By-Laws



**NOBLE DREW ALI**
Founder

**ACT 1.**—The Grand Sheik and the chairman of the Moorish Science Temple of America is in power to make law and enforce laws with the assistance of the Prophet and the Grand Body of the Moorish Science Temple of America. The assistant Grand Sheik is to assist the Grand Sheik in all affairs if he lives according to Love, Truth, Peace, Freedom and Justice, and it is known before the members of the Moorish Science Temple of America.

**ACT 2.**—All meetings are to be opened and closed promptly according to the circle seven and Love, Truth, Peace, Freedom and Justice. Friday is our Holy Day of rest, because on a Friday the first man was formed in flesh and on a Friday the first man departed out of flesh and ascended unto his father God Allah, for that cause Friday is the Holy Day for all Moslems all over the world

**ACT 3.**—Love, Truth, Peace, Freedom and Justice must be proclaimed and practised by all members of the Moorish Science Temple of America. No member is to put in danger or accuse falsely his brother or sister on any occasion at all that may harm his brother or sister, because Allah is Love.

**ACT 4.**—All members must preserve these Holy and Divine laws, and all members must obey the laws of the government, because by being a Moorish American, you are a part and partial of the government, and must live the life accordingly.

**ACT 5**—This organization of the Moorish Science Temple of America is not to cause any confusion or to overthrow the laws and constitution of the said government but to obey hereby

**ACT 6.**—With us all members must proclaim their nationality and we are teaching our people their nationality and their Divine Creed that they may know that they are a part and a partial of this said government; and know that they are not Negroes, Colored Folks, Black People or Ethiopians, because these names were given to slaves by slave holders in 1779 and lasted until 1865 during the time of slavery, but this is a new era of time now, and all men now must proclaim their free national name to be recognized by the government in which they live and the nations of the earth, this is the reason why Allah the Great God of the universe ordained Noble Drew Ali, the Prophet to redeem his people from their sinful ways. The Moorish Americans are the descendants of the ancient Moabites whom inhabited the North Western and South Western shores of Africa.

**ACT 7.**—All members must promptly attend their meetings and become a part and a partial of all uplifting acts of the Moorish Science Temple of America. Members must pay their dues and keep in line with all necessities of the Moorish Science Temple of America, then you are entitled to the name of, "Faithful". Husband, you must support your wife and children; wife you must obey your husband and take care of your children and look after the duties of your household. Sons and daughters must obey father and mother and be industrious and become a part of the uplifting of fallen humanity. All Moorish Americans must keep their hearts and minds pure with love, and their bodies clean with water. This Divine Covenant is from your Holy Prophet Noble Drew Ali, thru the guidance of his Father God Allah.

**MOORISH AMERICAN PRAYER**
Allah the Father of the universe, the Father of Love, Truth, Peace, Freedom and Justice. Allah is my protector, my guide and my salvation by night and by day thru his Holy Prophet Drew Ali. "Amen."

# THE MOORISH SCIENCE TEMPLE OF AMERICA

Home Office: 2905 5ᵗʰ Street S.E. • Washington, DC • 20032

The Name & Symbols are Covered by © Copyright and ® Registration

WE THE MOORISH AMERICAN PEOPLE OF UNITED STATES OF AMERICA REPUBLIC

AND

THE EUROPEAN PEOPLE OF THE UNITED STATES OF AMERICA REPUBLIC

IN THE UNITED STATE dISTRICT COURT
FOR: THE NORTHERN dISTRICT OF ALABAMA

Michael-Dewayne
     Aggrieved Party,

V.

Donald J. Trump dba President/Superior
Trustee; Janet Yellin, dba at the time of
Secretary of Treasury of United States; Hey
Ivery dba Governor of Alabama; Steven T.
Marshall dba Attorney General For Alabama;
STATE OF Alabama / Etowah County
Respondent(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

No.
Cause No. 19-000992.00

OFFICIAL RECORD ENTRY
COMMERCIAL AFFIDAVIT

Special, private, Restricted

Michael-Dewayne     UNDER SHOW CAUSE:

1. The Free Indigenous Moorish People, a part from the Corporate Union of 1781 and the Corporate United States of 1787, Yet treaties bound us together, such as, the Treaty of Ghent, the treaties of Paris (1763, 1783), the Pinckney Treaty of San Lorenzo (1795), the Treaties of Utrecht (1713), the Secret Treaty of San Il-defonso (1762, 1800), Treaty of Camp Holmes (1836) and etc. has recognized the Washitaw Nation of Muurs/Moors/Moorish Nation(s), as Masters (Soverans, Sovrans, Sovereigns) of the Whole of North America (Note: one must remember that the "United States" is of "America" but "America" is NOT of the "United States"). (See: Affidavit of Michael-Dewayne: Jackson: El (AR) Exhibit A-k.).

2. I am not, and never have been, as described in 26 USC § 3401, an "officer", an "Employee", a "transferee" or an "elected official "of the "United States", of a "State" or of any political Subdivision thereof, nor of the District of Columbia, nor of a "domestic" Corporation earning "wages" from an "employer". As a "nonresident alien" "NOT engaged in or effectively Connected with any "trade" or "business" within the United States". I am NOT REQUIRED by law to obtain/ Maintain a "U.S." Taxpayer Identification Number (TIN) or a Social Security Number (SSN) because of my exemption under 26 CFR 301.6.1-1(c). As a "nonresident alien", I derived no "gross income from Sources within the United States", either "effectively Connected "or "not effectively Connected with the Conduct of a trade or business in the United States "as described in 26 U.S.C. Sec. 872 (a).

3. I am the Natural being Flesh and Blood Cestui que of all properties created without my knowledge and consent by law would be Adhesive / Fraudulent Contract(s) of deceit, at Birth / Birth Certificate / Chattel Personal: JACKSON, MICHAEL DEWAYNE / 417179648 CUSIP/AUTOtri's /CC-19-000992.00, et al 9648 properties attached to my properties, being the "private Citizen" / "Landowner" of my Estate / Trust, it is my property and do not Trespass on it, It was Created for the beneficial enjoyment of the Settler/Settlor being the grantor/grantee; I do not See anyone thus Far addressed as "RESPONDENT(S)" as the "BENEFICIARY," any Interested parties opposing My Claim / Entry would be Committing Fraud.

4. I hold unfettered My interest and Claim to any and all properties annexed to the Trust/Estate invented for my use, as beneficial enjoyment of the NAME TRUST: MICHAEL DEWAYNE JACKSON and any Derivatives/CUSIP/AUTOtri's: 417179648/ 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/Case(s) Associated as Account No. CC-19-000992.00; et al 9648 Account(s).

˙Under this Federal Rules of Evidence (as Amended December 1, 2021 Article IX (9), AUTHENTICATION AND IDENTIFICATION - RULE 901. Authenticating or Identifying Evidence (a) In General. To Satisfy the requirement of authenticating or Identifying an item of evidence, the poponent must produce evidence Sufficient to Support a finding that the item is what the Poponent Claims it is.

Therefore this is my Proof by Notice and Demand by this Official Entry By Commercial Affidavit as my interest and Claim to all Floating Sureties and What do I acquire from You in these Unclaimed properties?, I am giving any and all Respondent(s) Seven day(s) To Present the Original Titles to the Government, Americas/North America and et al possession(s) upon the Land, if not I own it {See: Johnson -v- M'Intosh ("European's Can't own land in North-West Amexem/ North America/North Gate") reference: http://www.scribd.com/doc/52576881/ Johnson-v- MIntosh}

        [% LCF (I-23A)
        28779 Nick Davis Road
        near Harvest Alabama
        (Republic) 35749]

5. Also including The European People of The United States of America Republic, in forcing the Free People of the Freely Associated Organic Compact of the united States of America, The Declaration of Independence, 1776 C.E., The Northwest Ordinance of 1787 C.E., The Constitution of the united States of America, as Amended by the Bill of Rights, 1791 C.E., and The Constitution of Alabama, 1875 C.E.

DEPRIVATION OF RIGHT(S) BY USURPATION OF COLOR OF LAW, COLOR OF AUTHORITY, COLOR OF TITLE, COLOR OF OFFICE, AND COLOR OF PROCESS/COLORABLE IMITATION....
To Commit:

KIDNAPPING AND UNLAWFUL IMPRISONMENT/FALSE IMPRISONMENT.
1. Statutes at Large: Code of Ala. 1975   13A-6-43
2. Statutes at Large: Code of Ala. 1975   6-5-170

## NOTICE

OFFICIAL RECORD ENTRY

In Re: ETOWAH COUNTY SUPERIOR COURT, STATE OF ALABAMA V. MICHAEL DEWAYNE JACKSON; Michael-Dewaye V. Donald J. Trump dba President/Superior Trustee/Equitable Title by Characteristic/ Janet Yellin dba as Secretary of Treasury at the time (United States) Emergency Banking Relief Act of 1933 too: Cause/Account No. CC-19-000992.00, et al 9648 Account(s), all official of Oath and Registration to fiduciary duties to discharge the Flesh Being/corpus under Equitable Trust

TO: THE NORTHERN dISTRICT OF ALABAMA ARTICLE III, IN THE UNITED STATES dISTRICT COURT- PRIVATE INDEPENDENT ADMINISTRATIVE PROCEE(S)/ARTICLE 1 REDRESS OF GRIEVANCE(S) UNDER THE NINETH AMENDMENT RESERVATION FOR THE RESOLUTION AND EQUITABLE TITLE BY NATURE/SETTLEMENTS UNDER NECESSITY IN THE NATURE FOR SHOW CAUSE - ENCLOSED COMMERCIAL AFFIDAVIT

- including any and all other STATE, COUNTY and CITY OFFICERS, AGENTS and/or ACTORS [827 Forrest Ave Gadsden 35901/801 Forrest Ave Gadsden 35901/ 800 Forrest Ave 35901/] CITY OF GADSDEN; COUNTY OF ETOWAH; STATE OF ALABAMA

- Circut Administrator(s)/District Administrator(s)
  - District Attorney(s)
  - Sheriff
  - deputies
  - Clerk(s) of Circuit
- Revenue Commissioner(s)
- Mayor
- Commissioner(s)
- Department of Health and Vital Statistics
- Probate Administrator(s)
- Clerk(s) of Probate
- et al officer(s)/Agents/Actor(s) of Etowah County
- et al Gadsden/Attalla police department(s) of Etowah County
- including [501 Washington Ave 30015z/301 South Ripley 36130-1501/300 Dexter Ave 36104] CITY OF MUNICIPAL, COUNTY OF MONTGOMERY, STATE OF ALABAMA

- Governor
- Attorney General/Assistant Attorney General(s)
- Court of Criminal Appeals Clerk(s)
- Administrator(s) For Court of Criminal Appeal(s)
- Supreme Court of Alabama Clerk(s)
- Administrator(s) For Supreme Court of Alabama
- including any and all officers, Agents, and/or Actor(s)
- Treasury of State of Alabama
- Secretary of State of Alabama
- Prison Commissioner - Doc
- Commissioner State of Alabama

- including any and all In THE United States Officers, Agents and/or Actor(s) [1500 Pennsylvania Ave. N.W. 20220/1111 Constitution Ave. N.W 20224/1600 Pennsylvania Ave 20500/ 20th AND Constitution Ave N.W. 20551/100 F Street N.E 20549/1200 New Jersey Ave. S.E 20590/1401 Constitution Ave N.W. 20230/14TH AND Constitution Ave NW 20230/M Street AND New Jersey Avenue S.E. 20001] DISTRICT OF COLUMBIA, WASHINGTON D.C./

- President/Superior Trustee
- Secretary U.S. Treasury
- U.S. Treasury - Inspector General
- Director of International Operations
- Assistant General Counsel for Environmental, Civil Rights and General Law
- Department of Justice

4

∘ IRS Commissioner                                          • U.S. Attorney General
∘ Office of the Commissioner
. Deputy Secretary U.S. Department of Commerce
∘ Office of General Council Department of Assistance
and Finance U.S. Department of Commerce
∘ Department of Transportation - Secretary
• Federal Reserve Window
• U.S. Securities And Exchange Commission -
Commission HeadQuaters

## AND CONNECTED AGENCIES all in bracket(s):

[Frank Y. NG, OR Designee                    ∘ Social Security Administration
Deputy Commissioner International             6401 Security Building
Bensalem, PA. 19020]                          Baltimore, MD. 21235

∘ Internal Revenue Service                    ∘ Department of Licensing
Department De Hacienda                        UCC Section
San Juan, Puerto Rico 00902-414               OLYMPIA, WA. 98507-9560]

• United States Securities And Exchange
Commission, Regional Secretary Office
Of Compliance Inspections and Investigations
3475 Lennox Road N.E.,
Atlanta, Georgia 30326-1232

· United States Court of International Trade
One Federal Plaza
New York, New York 10278-0001

∘ Regional District Director Internal
Revenue Service 1650 Mission ST.
San Francisco, CA. 94103

FOR: Any and all OFFICIERS, AGENTS, EMPLOYEES, and/or ACTORS OF THE ETOWAH COUNTY
COURT FOR The STATE OF ALABAMA, STATE OF ALABAMA  v.  JACKSON, MICHAEL
DEWAYNE/MICHAEL DEWAYNE JACKSON et al DERIVATIVES, ETOWAH COUNTY Cause(s)
# CC-19-000992.00 et al 9648 WILLIAM B. OGLETREE, GEORGE C. DAY. JR.,
WILLIS H. CLAY, CASSANDRA SAM. JOHNSON, BILLY YATES, BRYNN. CRAIN,
SONNY. STEEN, JODY. WILLOUHBY, MARCUS. REID, CAROL. GRIFFITH,
DENISE GANDY. WELCH, or any other OFFICER and AGENTS of the
ETOWAH COUNTY CIRCUIT COURT [801 Forrest Avenue (Suite 202
Gadsden, Alabama 35901] MORGAN. CUNNINGHAM [852 Chestnut Street
Gadsden, Alabama 35902] DOUGLAS H. SCOFIELD [Chelsea, Alabama
35043] MARY B. WINDOM, J. ELIZABETH KELLUM, J. CHRIS Mc COOL, J.
WILLIAM COLE, RICHARD J. MINOR, D. SCOTT MITCHELL [300 Dexter Avenue
Montgomery, Alabama 36104] MARK BULLOCK [801 Forrest Ave (Suite 202)
Gadsden, Alabama 35901] SCOTT W. HASSELL [800 Forrest Ave (Suite 122)
G-Adsden, Alabama 35901]

BOBBY JINKINS Probate Judge, JOEY STATUM, JOHNNY GRANT, JAMIE GRANT, TIM RAMSEY [1st Floor suite 113 800 Forrest Avenue Gadsden, Alabama 35901]

JONATHON W. HORTON [827 Forrest Avenue Gadsden, Alabama 35901] LAMAR JAGGEARS, MESHONDA STEWARD, BYRAM HAMMONDS, SCOTT EUTREKIN, JONATHAN ALRED [90 Broad Street Gadsden Alabama 35901] CRAIG FORD [100-1999 S. 5TH ST. Gadsden, Alabama 35901]

AND: Any and all OFFICERS and AGENTS OF the United States / STATE OF ALABAMA OF THE COURTS OF APPEALS, STATE OF ALABAMA V. MICHAEL DEWAYNE JACKSON, Case # CR-19-000992.61 and Any and all OFFICERS and AGENTS of the Courts of Appeals, FOR THE STATE OF ALABAMA STEVEN T. MARSHALL [501 Washington Avenue Montgomery, Alabama 36130] KAY IVEY ALABAMA STATE CAPITAL [501 Washington Avenue Montgomery, Alabama 36130] DONALD JOHN TRUMP [1600 Pennsylvania Avenue N.W. Washington D.C. 20500] SCOTT BESSENT [1500 Pennsylvania Avenue N.W. Washington, D.C. 20220] JEROME POWELL [20TH AND Constitution Ave N.W. Washington, D.C. 20551] PAUL S. ATKINS [Commission Head Quaters 100 F Street N.E. Washington, DC 20549] GARY GENSLER [3475 Lennox Road N.E., Suite 1000 Atlanta, Georgia 30326] FRANK BISIGANO [1111 Constitution Avenue NW Washington, DC 20224] JOHN KOSHINEN [1111 Constitution Avenue NW Washington, DC 20224] MARK A BARNETT [ONE FEDERAL PLAZA New York, New York 10278] HOWARD LUTNICK [1401 Constitution Avenue NW Washington, DC 20230] LOREN J. SCIURBA [1500 Pennsylvania Avenue N.W. Washington, D.C. 20220] GRACE GRAHAM [Deputy Commissioner International-Bensalem, PA. 19020] HOLLY PAZ, WILLIAM WILLIE RONZON [1111 Constitution Avenue N.W. Washington, D.C. 20224] SEAN DUFFY [ROOM W96-304 (C-10), U.S. M STREET and NEW JERSEY Avenue S.E. washington, D.C. 20001] DANIEL WERFEL [San Juan, Puerto Rico 00902] KASCHIT PANDYA [1650 Mission ST. San Francisco, CA. 94103] JOHN Q. HAMM [301 South Ripley Street Montgomery, Alabama 36130] PHILLIP MITCHELL, WILLIAM STREETER, DENICE McKENZIE, JAMES EARL WILLIAMS, and, any and all OFFICERS, AGENTS, EMPLOYEES, and/or ACTORS OF the DEPARTMENT OF CORRECTIONS [28779 Nick Davis Road Harvest Alabama 35749] WES ALLEN, BOOZER YOUNG, CLAY HELMS, MIKE JONES, SCOTT ESSENT [600 Dexter Avenue S 106 Montgomery Alabama 36104] RACHEL LAURIE RIDDLE [401 Adams Avenue Montgomery, Alabama 36104] DOUGLAS H. SCOFIELD [2027 2nd Avenue North BradFord Building - Suite A Birmingham, Alabama 35203] MARCUS GLASPEN [7262 Governors W Huntsville 35806]

# COMMERCIAL AFFIDAVIT

The State of Alabama /    )   ACTUAL AND CONSTRUCTIVE

Etowah County / The United )   NOTICE

States

I., MICHAEL - DEWAYNE (herein after "Aggrieved Party") [U.C.C. 62A 1-201], Sui juris, of the Jackson family, am a Sovereign, a Private party with the unalienable and imprescriptable Right to Life, Liberty and Property, secured, protected and guaranteed by ALLAH GOD ALMIGHT, the State and Federal Constitutions, Treaties, Human Rights and Remedies afforded by the Uniform Commercial Code.

Furthermore, this Aggrieved Party is a living, breathing, Flesh and blood human upon the soil, (Indispensable Party) within the State of Alabama, with sentient and moral existence. This Aggrieved Party is the Holder-In-Due-Course [62A 3-302] of the Document of Title, [U.C.C. 62A 9-105(m)], Trade Name Owner and Record Owner. This Aggrieved Party is Non-Incorporated, Non-Debtor, Non-Person, Non-Citizen, Non-Resident, (a Non-Resident Alien of the Alabama Republic) Non-Defendant, Non-Fiction, Non-Subject and Non-Participant in any government programs.

For my purposes, by AFFIDAVIT IN REBUTTAL, I Michael -Dewayne: Jackson, Sui juris, do hereby grant LIMITED USE of THE Trade Name © MICHAEL DEWAYNE JACKSON For the purpose of response to this Affidavit only. No other Use of Trade Name is permitted unless express written consent is granted by Trade Name Owner. The Aggrieved Party and Under signed, having First-hand-Knowledge of the facts herein and being of the age to Contract, do DECLARE the following in Aggrieved Party's own Authority, invoking the "Instrumentality Rule," i.e.

NOTICE OF OFFICIAL RECORD
ENTRY & COMMERCIAL AFFIDAVIT — (7)

Piercing the Corporate Veil Rule, in the First instance upon discovery of any debt, duty, Claim or obligation. Let no action or writing be Construed to imply the granting of any power of attorney, waiver of any Rights or assignment of Title, and on the Undersigned's unlimited Oath, I will tell ~~the~~ Truth and nothing but the Truth, in any Court, if Called upon to do so. This Affidavit is in Commerce. This Aggrieved Party now States for Official Record:

## II. DECLARATION OF STATUS OF CORPORATE EXISTENCE

I, Michael-Dewayne, sui juris, do hereby DECLARE and aver that the Following Corporations Status is either 'de facto' or otherwise, ultra vires nul tiel Corporations or nul charter, however, the following are operating in Commerce: THE STATE OF ALABAMA; OFFICE OF THE GOVERNOR; SECRETARY OF THE STATE; ALABAMA STATE SUPREME COURT; ALABAMA COURT OF CRIMINAL APPEALS, et al DIVISION(S); ALABAMA STATE PATROL / GADSDEN CITY POLICE DEPARTMENT and any and all POLICE FORCE(S); ALABAMA STATE OFFICIE OF THE ATTORNEY GENERAL; ALABAMA STATE BAR ASSOCIATION; ALABAMA STATE DIVISION OF PRISONS; ALABAMA STATE OF CORRECTIONS; ALABAMA STATE PENITENTIARY; COUNTY OF ETOWAH; ETOWAH COUNTY SUPERIOR COURT FOR THE STATE OF ALABAMA; ETOWAH COUNTY PROSECUTORS OFFICE; ETOWAH COUNTY PUBLIC DEFENDERS OFFICE; ETOWAH COUNTY SHERIFFS DEPARTMENT; CITY OF ETOWAH; CITY OF ETOWAH COUNTY MUNICIPAL COURT; CITY OF ETOWAH DISTRICT COURT; CITY OF GADSDEN POLICE DEPARTMENT, and/or any other division or Subdivision thereof or therefrom. Wherein the above-name governmental entities are associated with the status of Michael-Dewayne: Jackson, associated with the Debtor MICHAEL DEWAYNE JACKSON and any Debt,

Duty, Claim, or Obligation against the Aggrieved Party's incorporeal hereditaments or Rights pursuant to RCW 62A 1-102 thru 1-106 and Article X (Ten) of Amendments to the Constitution of the several Free Union States of America, effective December 15th, 1791 C.E., ad infinitum.

## III. ACTUAL AND CONSTRUCTIVE NOTICE

I, Michael-Dewayne, sui juris, by this Affidavit do DECLARE, and give NOTICE & DEMAND, that this Aggrieved Party was imprisoned without probable Cause, without authority of law or jurisdiction constituting Kidnapping and Unlawful Imprisonment (a.k.a. False Imprisonment). The Alabama Code (ALA) 6-5-170 reads: "No prisoner shall be confined without proper legal authority." Kidnapping and Unlawful Imprisonment are _Crimes_ under Alabama Constitution of 1875 and 13A-6-43 Code of Ala 1975.

In COMMERCE everything _MUST_ be in Truth, in COMMERCE all CRIMES are COMMERCIAL CRIMES. See _Title 27 C.F.R. § 72.11_.

This Aggrieved Party was imprisoned in the ETOWAH COUNTY DETENTION CENTER on or about the 19th day of January, 2019, and held for 2 yrs., 11 months and 2 days, thereafter delivered into the custody of the STATE OF ALABAMA DEPARTMENT OF CORRECTIONS KILBY/DRAPER. Thereafter, this Aggrieved Party was _transferred_ to the LIMESTONE CORRECTIONAL FACILITY PENITENTIARY at HARVEST, ALABAMA, where this Aggrieved Party has been Continually detained, falsely, in regards to ETOWAH COUNTY... Cause(s) # CC-19-000992.00 / 000992.61, et al 9648, to the date of this filing of this "NOTICE OF OFFICIAL RECORD ENTRY & COMMERCIAL AFFIDAVIT," absent Proper Parties, Lawful Jurisdiction and Proper Service of Process as follows:

1. THIS Aggrieved Party's _true_ name is Michael-Dewayne: Jackson, as evidenced in the Commercial Registry.

2. THIS Aggrieved Party's Trade Name is MICHAEL DEWAYNE JACKSON; MICHAEL D. JACKSON; M. DEWAYNE JACKSON; MICHAEL JACKSON; DEWAYNE JACKSON; M.D. JACKSON, or any variations or derivatives thereof or therefrom, spelled in upper case or lower case, printed or written whole or in part, all of which are Registered under the Trade Name of MICHAEL DEWAYNE JACKSON.

3. THIS Aggrieved Party is the Trade Name Owner of the abovementioned Names, all of which are registered under the Trade Name of MICHAEL DEWAYNE JACKSON as a Transmitting utility.

4. THIS Aggrieved Party is without the jurisdiction of ALABAMA STATE or the DISTRICT OF COLUMBIA aka WASHINGTON D.C.

5. THIS Aggrieved Party was seized, arrested and imprisoned by the CITY OF ETOWAH GADSDEN POLICE DEPARTMENT, under Color of law and office, on the 19th day of January, 2019 C.E.

6. The arresting officers of the CITY OF ETOWAH / GADSDEN POLICE DEPARTMENT neglected, or refused, to take THIS Aggrieved Party _directly_ before a judge or magistrate for the determination of the lawfulness of said arrest.

7. All PERSONS (_R.C.W. 62A 1-201 (30)_) involved in the imprisonment of THIS Aggrieved Party neglected to _properly_ issue any of the Miranda Warnings.

8. All PERSONS involved in the imprisonment of THIS Aggrieved Party **neglected to** State the Nature and Cause of **any** accusation, as all PERSONS involved should have known that they were involved in Commerce.

9. THIS Aggrieved Party has never been Served proper Service of process or "NOTICE" as defined in _R.C.W. 62A 1-201(26)(a)(b)_.

10. THIS Aggrieved Party was not served in the Proper Style of Process. See The Code of Alabama 1975, 6-6-149 and 13A-4-3.

11. No Complaint has been Filed by a Holder-In-Due-Course of **any** Contract _R.C.W. 62A 1-201 (11)_ (See also _62A 1-205_) requiring Specific performance, bearing THIS Aggrieved Party's _true_ name and bona fide signature.

12. No Grand Jury has been Convened to investigate the Validity of any alleged Complaint in regards to THIS Aggrieved Party in any Court.

13. No presentment or Indictment by a Grand Jury has been presented or filed in any Court, Whether Federal, State, County or City, in regards to THIS Aggrieved Party.

14. No Summons or Arrest Warrant was issued for the arrest and Seizure of THIS Aggrieved Party's Flesh and Blood Corpus.

15. No Search and Seizure Warrant was issued for THIS aggrieved Party's _Personal Property_. See Title 13A-8-1 to 13A-8-9 Code of Alabama 1975.

16. THIS Aggrieved Party has not been charged with a Crime, Whereas STATE OF ALABAMA "Charged" (Title: 13A-6-43; 6-5-170 and 13A-6-43. Also: 22 § 7433 USCS, and 27 CFR 72.11 : ALL CRIMES ARE COMMERCE.)

17. THIS Aggrieved Party has NEVER Surrendered, or waived ANY Rights as Sovereign, being the Real Party In Interest, in ANY court nor in ANY manner.

18. THIS Aggrieved Party does not have a Contract with nor will I Michael~Dewayne: Jackson,    Contract with, for operating in Commerce, absent a Contract bearing THIS Aggrieved Party's true name and Signature and the true name and bona fide Signature of the following: WILLIAM B. OGLETREE; GEORGE C. DAY. JR; WILLIS H. CLAY; SONNY STEEN; JODY. WILLOUHBY; MARCUS REID; CAROL GRIFFITH; DENISE GANDY WELCH; MORGAN CUNNINGHAM; DOUGLAS H. SCOFIELD; SCOTT HASSELL; MARK BULLOCK; MARY B. WINDOM; J. ELIZABETH. KELLUM; J. CHRIS Mc COOL; J. WILLIAM COLE; RICHARD J. MINOR; D. SCOTT MITCHELL; CASSANDRA SAM JOHNSON; BILLY YATES; BRYNN CRAIN; BOBBY JENKINS, JOEY STATUM; JOHNNY GRANT; JAMIE GRANT; TIM RAMSEY; JONATHON W. HORTON; LAMAR JAGGEARS; MESHONDA STEWARD; BYRAM HAMMONDS; SCOTT EUTREKIN; JONATHAN ALRED; CRAIG FORD; STEVEN T. MARSHALL; KAY IVEY; DONALD J. TRUMP; SCOTT BESSENT; JEROME POWELL; PAUL S. ATKINS; GARY GENSLER; FRANK BISIGANO; JOHN KOSHINEN; MARK A. BARNETT; HOWARD LUTNICK; LOREN J. SCIURBA; GRACE GRAHAM; HOLLY PAZ; WILLIAM WILLIE RONZON; SEAN DUFFY; DANIEL WERFEL; KASCHIT PANDYA; JOHN Q. HAMM; PHILLIP MITCHELL; WILLIAM STREETER; DENICE McKENZIE; JAMES EARL WILLIAMS; WES ALLEN; BOOZER YOUNG; CLAY HELMS; MIKE JONES; SCOTT ESSENT; RACHEL LAURIE RIDDLE; there is no Contract. Without a Contract, there is no Case. See _Erie Railroad v. Tompkins_, 304 U.S. 64, 82 L. Ed. 1188 (1938).

19. THE ETOWAH COUNTY SUPERIOR COURT For the STATE OF ALABAMA; ETOWAH COUNTY PROSECUTORS OFFICE; ETOWAH COUNTY PUBLIC DEFENDERS OFFICE; CITY OF ETOWAH-GADSDEN POLICE DEPARTMENT; or JONTHON W. HORTON; CASSANDRA SAM JOHNSON; BILLY YATES; WILLIAM B. OGLETREE; BOBBY JINKINS; GEORGE C DAY. JR; WILLIS H. CLAY; BRYNN CRAIN; SONNY STEEN; JODY WILLOUHBY; MARCUS REID; CAROL GRIFFITH; DENISE GANDY WELCH; MARK BULLOCK; MORGAN CUNNINGHAM; DOUGLAS H. SCOFIELD; SCOTT W. HASSELL; LAMAR JAGGEARS; MESHOUDA STEWARD; BYRAM HAMMOUDS; SCOTT W. HASSELL; SCOTT EUTREKIN; JONATHAN. ALRED; must produce a Contract bearing **THIS** Aggrieved Party's _true_ name and bona fide Signature, with the above mentioned PERSONS name(s) and signature(s) affixed, where THIS Aggrieved Party gave them permission and license in COMMERCE For Seizure, arrest and imprisonment of my Body under Color of law, Whereas I, Michael-Dewayne:   Jackson have been without the Jurisdiction of the District of Columbia, and/or STATE OF ALABAMA.

20. THIS Aggrieved Party has never waived any imprescriptable or unalienable Rights to Life Liberty and/or Property, as Secured, Guaranteed and Protected by the Constitution for the State of Alabama 1875 and the Treaties 1786/1787 and 1836 and the Constitution for the _United_ States of America, and, ultimately ALLAH GOD ALMIGHTY.

21. Absent a Contract, violations have been committed of THIS Aggrieved Party's Rights by ETOWAH COUNTY SUPERIOR COURT FOR THE STATE OF ALABAMA; ETOWAH COUNTY PROSECUTORS OFFICE; ETOWAH COUNTY PUBLIC DEFENDERS OFFICE; and, CITY OF ETOWAH-GADSDEN POLICE DEPARTMENT; without Corporate and/or lawful authority.

22. Any adverse party in action **must** identify When and Where **THIS** Aggrieved Party may Confront adverse witnesses.

23. Attorneys, JODY WILLOUHBY, MARCUS REID, DENISE GANDY WELCH; CAROL GRIFFITH; DOUGLAS H. SCOFIELD; MORGAN CUNNINGHAM; WILLIS H. CLAY; WILLIAM B. OGLETREE; GEORGE C. DAY. JR; BRYNN CRAIN; SONNY STEEN; do not have a license issued by The STATE OF ALABAMA or the State of Alabama or the STATE/State of Washington D.C. allowing them to practice law within STATE OF ALABAMA or The State of Alabama.

24. Any EMPLOYEE, OFFICER, AGENT or ELECTED OFFICIAL, including Attorneys and Judges, acting without a license in Commerce is committing a Commercial Crime, and may be prosecuted under the "Trading With The Enemy Act" (March 9th, 1933), RICO Act and/or HOBBS Act.

25. No PERSON/person or individual has come forth with evidence of a Priority Claim over THIS Aggrieved Party.

26. THIS Aggrieved Party will not accept any third (3rd) party involved in any dispute between THIS Aggrieved Party and a Fiction, Corporation and/or its instruments, however, with limited use of Trade Name, any party that wishes to rebut this Affidavit in Commerce may use the Trade Name MICHAEL DEWAYNE JACKSON, until such time as the time has expired for such rebuttal as is stated in this affidavit.

This Aggrieved Party was and is Kidnapped and Unlawfully/Falsely Imprisoned, detained and denied Private Property and other secured Fundamental Rights, without due process of law, in violation of the Constitution for the State of Alabama XVI § 279, and 13A-6-41, 13A-6-43, and 13A-4-3 Code of Ala. 1975, and the Constitution for the united States of America (1789) as Amended by the Bill of Rights, Article I thru XIII (1791). Moreover, in violation of the State of Alabama Constitution 1875/1901 (Kidnapping and Unlawful Imprisonment 16 § 279).

It is a well established fact of law that NO Man shall be deprived of his Liberty or Private Property without "Due Process of Law." Said OFFICERS, AGENTS and/or ACTORS OF STATE OF ALABAMA/UNITED STATES should have known that their act(s) were violative of the Constitutions, as well as the Code from which Commercial law is operated, and from which same said entities operate, causing perjury to their Oath(s) of office.

Discharge is required to avoid Delictual Fault (a Default), U.C.C. § 1-206 (16), and shall be effected in the same manner and to the same extent, in proper first person, Affidavit-Form, ...

duly sworn under penalty of perjury, using lawful given name of Respondent to the Aggrieved Party in the same manner, to include incontrovertable evidence of any Superior Claim involving the **True** Title to the name MICHAEL DEWAYNE JACKSON; MICHAEL D. JACKSON; M. DEWAYNE JACKSON; MICHAEL JACKSON; DEWAYNE JACKSON; M.D. JACKSON; JACKSON, Michael Dewayne, or any variations or derivatives thereof or therefrom, as above-mentioned, directed to the Aggrieved Party at the Geographical location provided.

A response is required within Twenty (20) Calender-Days, U.C.C. § 1-206(10), from the receipt of the "Actual and Constructive Notice," mail service time included. Neglect on the part of the Respondent(s) shall create on your part a Delictual Fault (a Default) U.C.C. §1-206 (16), and tacit admission, nil dicit (Judgement of Confession), to stand as fact in law proceedings.

• HUMAN RIGHT(S)/PROPERTY RIGHT(S) CAN NOT BE EQUIVOCAL TO PAPER TERRORISM/ TERRORIST-SHOW CAUSE THAT WOULD NOT BE A CONSTITUTION INFRINGEMENT TO ENFORCE A CRIME TO SUCH RIGHTS, PRIVILEGES, AND IMMUNITIES

° This Commercial Affidavit nor Complaint(s) are against the President/Commander and Chief, being the Head Trustee Donald J. Trump, but to ensure this special deposit for Conversion/ Conveyance/Magnus Opus, by this mutual agreement Trust was formed, by appointment, by remainder, by non-disclaimer, by delivery, transfer, by my manifested intent enforcing a Created Trust, show cause this is not equity of its face.

• The Duty of the Commander and Chief is to enforce the performance and fiduciary Oath to This Third party intervener-and to prevent Fraud, RICO, HOBBS ACT, Separation of Powers Clause, TWEA: I, DECLARE I am a private Citizen under Sec:1 of the 14th amendment of the U.S. Constitution and the Emergency Banking Relief Act does not Apply to me, HEREBY DECLARE this Conveyance, by the president who has Legal Title By Characteristics, and I have Equitable Title by Nature, Demand a Master in chancery to do a full accounting and to wrap up my legacy and what's acquired from my Ancestor(s) Swindling up the Trust. Under this Amicus Curiae /Treaty of Amity and Commerce: Treaty of Peace & Friendship 1787, enforced by Article VI. Clause Two and Three of the United States Republic Constitution-Oath of Office, and this is a lawful Abatement

NOTICE OF OFFICIAL RECORD
ENTRY & COMMERCIAL AFFIDAVIT — 14

# CAVEAT

i. Any other Party or Principal addressing, bringing suit, joining or billing the Proprietary Trade Names; MICHAEL DEWAYNE JACKSON; MICHAEL JACKSON, M.D. JACKSON; JACKSON MICHAEL DEWAYNE; Michael Dewayne Jackson; or any variations or derivatives thereof and/or therefrom, _without the express, specific Written Consent and/or authorization_ by the Undersigned Secured Party/Creditor, Holder-In-Due-Course, will be billed at one Million, Eight Hundred Thousand, United States Dollars ($1,800,000.00) on each Count, the established penalty on each Count of trespass action.

ii. Any act of harassment, including any NOTICE/PRESENTMENT received by Secured Party of any alleged demand for payment, or appearance in court or the like, is assigned a minimum monetary value of ($100,000.00).

iii. Any act against the Property including but not limited to the Corpus or Bank Accounts of Secured Party or DEBTOR is assigned a minimum monetary value of ($500,000.00).

iv. Any act (or further acts) of detention, arrest, incarceration, or physical harm to Secured Party _hereafter_ is assigned the minimum monetary values as per precedent established by _Trezevant v. City of Tampa_, 741 D.2d 336 (1984); $25,000.00 per 23-minute period, i.e. $65,217.91 per hour, $1,565,217.30 per day, plus punitive damages in amount decided solely by Secured Party/Secured Party's heirs or assigns.

v. Secured Party is authorized to Register this NON-NEGOTIABLE ACTUAL AND CONSTRUCTIVE NOTICE in the Commercial Registry as Private Property of Secured Party for PRIVATE USE ONLY.

vi. Secured Party reserves the Right to incorporate this NOTICE, with all related documents into any Financial, Commercial, legal, or criminal proceedings which might arise from the subject matter set forth herein.

vii. It is the duty of this Court to act upon this "Motion To Vacate Void Judgment," since it originated in this Court and it should have recognized the State and Federal Constitutional Violations that occurred, and that have been presented herein, and that were allowed to occur, either through neglect, mistake, Rico, Fraud or inadvertence, to this Sovereign American Moor(s)/European(s)/Mexicans/etc. Nationality, Secured Party/Plaintiff's detriment. Furthermore, it is well within the President's Authority to ensure this discharge - through the U.S.P. Treasury department - through the Fiduciary duty and Performance of the Court's authority to make right that which is wrong.

· All in any form of Governmental office are bound to comply with the State of Alabama Constitution 1875, Treaties, as well as the Constitution for the United States of America Republic/The Bill of Rights

viii. In the law of corporations, QUO Warranto may be used to test whether a corporation was validly organized or whether it has the power to engage in the business in which it is involved.
The Federal rules are applicable to proceedings for quo warranto "to the extent that the practice in such proceedings is not set forth in statutes of the United States and has heretofore conformed to the practice in Civil actions." Fed. R. Civil P. 81 (a)(2). Any remedy that could have been obtained under the historic writ of quo warranto may be obtained by a civil action of that nature. _U.S. v. Nussbaum_, D.C. Cal., 306 F. Supp. 66.

Also this caveat is attached to the Complaint's Caveat, show cause that it can not be attached.

Furthermore, whereas it is THIS Aggrieved Party's absolute, fundamental Right to know the Nature and Cause of any accusation(s) against Aggrieved Party or Aggrieved Party's Property. Your neglect or refusal to provide THIS Aggrieved Party with proper Controverting response, point-for-point, with documentary evidence, shall be used as prima facie evidence of denial of THIS Aggrieved Party's Fundamental Right to due process of law, Causing THIS Aggrieved Party damage for which Respondent(s) agree to be liable.

Furthermore, neglect or refusal on the part of the Respondent(s) shall be deemed the Respondent(s) knowing and voluntary waiver of any assumed, presumed, legal, professional or official immunity, and Consent by tacit agreement to be sued. 1/

## NOTICE TO PRINCIPAL IS NOTICE TO AGENT – AND – NOTICE TO AGENT IS NOTICE TO PRINCIPAL

### IV. OATH OF AGGRIEVED PARTY

The Undersigned, Aggrieved Party herein, DO DECLARE under Penalty of Perjury, in accord with the Laws of the United States of America, the State of Alabama / United States, and, Ultimately ALLAH-GOD ALMIGHTY as enumerated in the Holy Scriptures, that the Contents of this Affidavit are true, Correct, Certain, Complete and not meant to Mislead Signed by me under 28 U.S.C. § 1746(1)

By: Michael-Dewayne: Jackson: El(AR) grantee, Indorsed by beneficial owner(agent

Michael-Dewayne: Jackson, sui juris
Employer Identification #417179648
Secured Party / Creditor
Holder-In-Due-Course
Trade Name Owner
Record owner
Sovereign

1/ Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading." U.S. V. Tweel, 550 F.2d. 287(1997); U.S. V. Prudden, 424 F.2d. 1021, 1032 (1970); America Nat'l Ins. Co. Ect. V. Murray, 383 F.2d. 81 (5th Cir. 1969); U.S. V. Scarfanti, 265 F.2d 408 (2nd Cir. 1959), Cert denied, 360 U.S. 918, 3 L.Ed. 2d. 1534, 79 S.Ct. 1436; cf. Avery V. Clearly, 132 U.S. 604, 33 L.Ed. 2d 469, 10 S.Ct. 220 (1980).

"Disobedience or evasion of a constitutional mandate may not be tolerated even though such disobedience may, at least temporarily promote some respect, the best interest of the public." Slote v. Board of Examiners, 274 N.Y. 367, 9 N.E. 2d 12, 112 A.L.R. 660 (    ).

Signed under 28 U.S.C. §1746 (1) Special, private and restricted this **16** day of **Feburary** , 2026 C.E.

By: Broderick McCants Jr.:EL ®©(AR)
_____
Witness

BY: Frederick Knight: Bey(AR) ®©
_____
Witness

CC: Personal File
File Holder of Secured Party
Court Clerk

From: By: Michael-Dewayne: Jackson: EL (AIS)
℅ AIS # 205687  ℅ Z-Cell 23A
℅ Limestone Correctional Facility
℅ [28779 Nick Davis Road, near
Harvest, Alabama (Republic) [35749]]

SECURITY

FEB 17 2026

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

MEDIA MAIL

US POSTAGE

ZIP 35749
02 7H
0006145806

This Correspondence is forwarded from
an Alabama State Prison. The contents
have not been evaluated, and the Alabama
Department of Corrections is not
responsible for the substance or content
of the enclosed communications

To: S. Williams
Deputy Clerk
Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203

LEGAL MAIL