FILED
2026 Jun-24  PM 04:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL DEWAYNE JACKSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 5:26-cv-272-ACA-HNJ** |
| | ) | |
| **DONALD J. TRUMP, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## FINAL ORDER

The magistrate judge entered a report recommending the court dismiss Plaintiff Michael Dewayne Jackson's *pro se* civil rights complaint without prejudice for failure to prosecute because Mr. Jackson has not paid the initial partial filing fee. (Doc. 18). The magistrate judge advised Mr. Jackson he had could file specific written objections. (*Id.* at 2–3). Since then, Mr. Jackson has filed six documents, but none proffer specific objections to the magistrate judge's order. (*See* docs. 19, 20, 21, 22, 23, 24). In addition, Mr. Jackson has not paid the initial partial filing fee or returned a signed prisoner consent form,[1] despite being ordered to do so no later than May 11, 2026. (S*ee* doc. 11 at 2). Mr. Jackson has not requested additional time to

---

[1] Mr. Jackson returned a Prisoner Consent Form but adulterated the form extensively rendering it unusable for its intended purpose, which is to evidence consent for the Alabama Department of Corrections to collect monies from his prison account to pay the filing fee. (*See* doc. 14 at 7).

comply with the court's order, has not indicated his inability to comply with the court's order, has not evidenced his intent to comply with the court's order, and has provided no explanation for his failure to timely pay the initial partial filing fee or return a signed prisoner consent form.

Accordingly, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. The court **DISMISSES** this action **WITHOUT PREJUDICE** for Mr. Jackson's failure to prosecute and **DENIES** as **MOOT** all pending requests and motions.

**DONE** and **ORDERED** this June 24, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE